AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF

RHODE ISLAND

## APPEARANCE

CASE NUMBER: CA 05 150 S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiffs Gordon Noonan and Nancy Noonan

4/12/05

*Date*

*Signature*

Paul E. Phillips, Esq. (RI 5094)

*Print Name*

91 Friendship Street, 4th Floor

*Address*

Providence, RI 02903

*City* *State* *Zip Code*

(401) 453-5900

*Phone Number*

FILED

2