AO 440 (Rev. 10/93) Summons in a C' 'ion

# United States District Court

DISTRICT OF
RHODE ISLAND

GORDON NOONAN AND NANCY NOONAN

V.

NEW WHARF TAVERN, INC.

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

CA 05 150 S

TO: (Name and address of defendant)

New Wharf Tavern, Inc.
c/o Judith Beth Brayton, Agent for Service of Process
215 Water Street
Warren, RI 02885

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Paul E. Phillips, Esq.
PHILLIPS & D'ALOISIO, P.C.
91 Friendship Street, 4th Floor
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 4/12/05

(BY) DEPUTY CLERK

(3)

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE April 18, 2005 |
| NAME OF SERVER *(PRINT)* Thomas Noury 41 N. Elmore Ave P.O. Box 114026 North Providence, RI 02911 | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______________________

☐ Returned unexecuted: ______________________

☐ Other *(specify)*: [signature] (manager)
Melissa Mosunic

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 40.00 | 40.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/18/05
*Date*

[signature]
*Signature of Server*

Thomas Noury
41 N. Elmore Ave.
P.O. Box 114026
North Providence, RI 02911
*Address of Server*

FILED
2005 APR 28 A 11:11
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.