MPD:fm 03-369

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GORDON NOONAN AND
NANCY NOONAN

VS C.A. NO. 05-150 S

NEW WHARF TAVERN, INC.

DEFENDANT NEW WHARF TAVERN, INC.'S
ANSWER TO PLAINTIFFS' COMPLAINT

First Defense

Defendant New Wharf Tavern, Inc. (hereinafter "defendant") hereby answers plaintiffs' complaint as follows:

Parties and Jurisdiction

Defendant is without sufficient knowledge to form a belief as to the truth or falsity of the allegations set forth in paragraphs 1 and 2 of plaintiffs' complaint, and therefore leaves plaintiffs to their proof; admits the allegations of paragraph 3; and neither admits nor denies the allegations of paragraph 4 but leaves plaintiffs to their proof thereof of plaintiffs' complaint.

Count I

Defendant repeats and realleges its answers set forth in paragraphs 1 through 4 of plaintiffs' complaint as more fully set forth herein as its answer to paragraph 5 of Count I; upon information and belief, admits the allegations of paragraph 6; neither admits nor denies the allegations of paragraph 7 but leaves plaintiffs to their proof thereof; and denies the allegations of paragraphs 8, 9, and 10 of plaintiffs' complaint.

Count II

Defendant repeats and realleges its answers set forth in paragraphs 1 through 10 of plaintiffs' complaint as more fully set forth herein as its answer to paragraph 11 of Count II; denies the allegations of paragraphs 12, 14, 15, 16, 17, 18, and 19; and neither admits nor denies the allegations of paragraph 13 but leaves plaintiff to his proof thereof of plaintiff's complaint.

Count III

Defendant repeats and realleges its answers set forth in paragraphs 1 through 19 of plaintiffs' complaint as more fully set forth herein as its answer to paragraph 20 of Count III and denies the allegations of paragraphs 21, 22, 23, 24, 25, 26, 27, and 28 of plaintiff's complaint.

4

Count IV

Defendant repeats and realleges its answers set forth in paragraphs 1 through 28 of plaintiffs' complaint as more fully set forth herein as its answer to paragraph 29 of Count IV and denies the allegations of paragraphs 30, 31, and 32 of plaintiff's complaint.

Second Defense

If plaintiff sustained injuries and damages as alleged which is denied, he assumed the risk of injury.

Third Defense

If plaintiff sustained injuries and damages as alleged which is denied, the same was due to his want of due care under the circumstances.

Fourth Defense

If plaintiff was injured as alleged which is denied, the same was brought about by his intoxication.

WHEREFORE, defendant demands that plaintiff's action against it be dismissed and that judgment be entered for said defendant.

**Defendant claims a trial by jury.**

Mark P. Dolan, Esq. #3280
Rice Dolan & Kershaw
Attorneys for Defendant
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800 Phone
(401) 421-7218 Fax

(MPD)

David E. Maglio, Esq.
David E. Maglio & Associates, P.C.
Attorneys for Defendant
The Owen Building
101 Dyer Street, Second Floor
Providence, RI 02903
(401) 831-5400 Phone
(401) 831-7979 Fax

CERTIFICATION

TO: Paul E. Phillips, Esq.
Phillips & D'Aloisio
91 Friendship Street, Fourth Floor
Providence, RI 02903

Frank C. Corso, Esq.
15 Court Square, Suite 240
Boston, MA 02108

DATED: May 4, 2005

FILED