JSD:fm 03-369

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GORDON NOONAN AND
NANCY NOONAN

VS C.A. NO. 05-150 S

NEW WHARF TAVERN, INC.

**ENTRY OF APPEARANCE**

I, James S. D'Ambra, Esquire, of RICE DOLAN & KERSHAW hereby enter my appearance as counsel on behalf of Defendant New Wharf Tavern, Inc. in the above matter.

James S. D'Ambra, Esq. #5064
Rice Dolan & Kershaw
Attorneys for Defendant
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800 Phone
(401) 421-7218 Fax

CERTIFICATION

TO: Paul E. Phillips, Esq.
Phillips & D'Aloisio
91 Friendship Street, Fourth Floor
Providence, RI 02903

Frank C. Corso, Esq.
15 Court Square, Suite 240
Boston, MA 02108

David E. Maglio, Esq.
David E. Maglio & Associates, P.C.
The Owen Building
101 Dyer Street, Second Floor
Providence, RI 02903

DATED: June 1, 2005