UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GORDON NOONAN &
NANCY NOONAN,
Plaintiff's
v.
NEW WHARF TAVERN, INC.,
Defendant

C.A. NO. 05-150 S

PLAINTIFF'S ASSENTED MOTION TO AMEND PRE-TRIAL ORDER

Now come the Plaintiffs with the assent of the Defendant, New Wharf Tavern, Inc., and move this Honorable Court to amend the Pre-Trial Order in the above-referenced case to permit the parties to move to amend the pleadings to join additional parties or assert additional claims or defenses within thirty days of the close of fact discovery which is presently scheduled for September 2, 2005.

As grounds for and in support of this Motion, the Plaintiffs state that their counsel has conferred with the Defendant's counsel and the parties agree to permit the scheduling order to be amended as requested. The Plaintiffs state that the allowance of this Assented Motion will permit the pleadings to conform to any information learned during fact discovery without otherwise affecting the Court's Pre-Trial Order.

Wherefore, the Plaintiffs, Gordon and Nancy Noonan, with the assent of the Defendant, New Wharf Tavern, Inc., move to amend the existing Pre-Trial Order to permit any party to seek leave to amend the pleadings to add additional parties, claims or defenses within thirty days of the close of fact discovery and no later than October 2, 2005.

Law Office of
Frank C. Corso
15 Court Square
Boston, MA
02108
617-227-0011-ph
617-723-2032-fax

Frank C. Corso, Esquire
Attorney for Plaintiffs
BBO # 545552
Law Office of Frank C. Corso
15 Court Square, Suite 240
Boston, MA 02108
(617) 227-0011

Paul E. Phillips, Esquire
Co-Counsel for Plaintiff's
BBO # 5094
Phillips & D'Aloisio
91 Friendship Street, Fourth Floor
Providence, RI 02903
(401) 453-5900

ASSENTED:

Mark Dolan, Esquire
Attorney for Defendant
BBO # 3280
Rice, Dolan & Kershaw
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800

David E. Maglio, Esquire
Co-Counsel for Defendant
BBO # 3459
David E. Maglio & Associated, P.C.
The Owen Building
101 Dyer Street, Second Floor
Providence, RI 02903
(401) 831-5400

Law Office of
Frank C. Corso
15 Court Square
Boston, MA
02108
617-227-0011-ph
617-723-2032-fax

## CERTIFICATE OF SERVICE

I, FRANK C. CORSO, HEREBY CERTIFY THAT ON July 13, 2005, I SERVED BY FIRST CLASS MAIL A TRUE AND ACCURATE COPY OF THE FOLLOWING ON ALL COUNSEL OF RECORD WITH POSTAGE PRE-PAID:

Mark Dolan, Esquire
Rice, Dolan & Kershaw
Attorneys for Defendant
170 Westminster Street, Suite 900
Providence, RI 02903

David E. Maglio, Esquire
David E. Maglio & Associates, P.C.
The Owen Building
101 Dyer Street, Second Floor
Providence, RI 02903

Paul E. Phillips, Esquire
Phillips & D'Aloisio
91 Friendship Street, Fourth Floor
Providence, RI 02903

*[x] PLAINTIFF'S ASSENTED MOTION TO AMEND PRE-TRIAL ORDER.*

Law Office of
Frank C. Corso
15 Court Square
Boston, MA
02108
617-227-0011-ph
617-723-2032-fax

Frank C. Corso, Esq.
Law Office of Frank C. Corso
15 Court Square, Suite 240
Boston, MA 02108
(617) 227-0011
BBO #: 545552

18 10 42
FILED