UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GORDON NOONAN and
NANCY NOONAN,
Plaintiffs

v. C. A. No. 05-150S

NEW WHARF TAVERN, INC.,
Defendant

PLAINTIFFS' ASSENTED MOTION TO AMEND PRETRIAL ORDER AS TO ENLARGEMENT OF FACT DISCOVERY CLOSURE

Plaintiffs, with the assent of the Defendant New Wharf Tavern, Inc., hereby move this Honorable Court to amend the Pretrial Order in the above-captioned case to permit the parties to enlarge the closure of fact discovery from the current date of September 2, 2005 to December 15, 2005. In support thereof, Plaintiffs rely upon the accompanying Memorandum.

Plaintiffs,
GORDON NOONAN and
NANCY NOONAN,
By their attorneys,

PHILLIPS & D'ALOISIO

Paul E. Phillips, Esquire (5094)
91 Friendship Street, Fourth Floor
Providence, Rhode Island 02903
(401) 453-5900
(401) 453-5903 facsimile

and

LAW OFFICE OF FRANK C. CORSO

(#5094)

for Frank C. Corso, Esquire
Massachusetts BBO No. 545552
15 Court Square, Suite 240
Boston, Massachusetts 02108
(617) 227-0011
(617) 723-2032 facsimile

CERTIFICATION

I, the undersigned, hereby certify that I forwarded a copy of this document via facsimile transmission on this 29th day of August, 2005 to:

Mark P. Dolan, Esquire *(401-421-7218)*
RICE DOLAN & KERSHAW
170 Westminster Street, Suite 900
Providence, Rhode Island 02903

David E. Maglio, Esquire *(401-831-7979)*
101 Dyer Street, Second Floor
Providence, RI 02903

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GORDON NOONAN and
NANCY NOONAN,
Plaintiffs

v. C. A. No. 05-150S

NEW WHARF TAVERN, INC.,
Defendant

MEMORANDUM IN SUPPORT OF PLAINTIFFS' ASSENTED MOTION TO AMEND PRETRIAL ORDER AS TO ENLARGEMENT OF FACT DISCOVERY CLOSURE

Plaintiffs, with the assent of the Defendant New Wharf Tavern, Inc., hereby move this Honorable Court to amend the Pretrial Order in the above-captioned case to permit the parties to enlarge the closure of fact discovery from the current date of September 2, 2005 to December 15, 2005. As grounds therefor, Plaintiffs state the following facts and circumstances.

Pursuant to this Court's Pretrial Order, fact discovery will close on September 2, 2005. At the deposition of fact witness Guy Henry, taken on August 18, 2005, all counsel of record discussed the scheduling problems associated with taking the out-of-state depositions of the Plaintiffs and a fact witness, all of whom reside in Florida. Additionally, Plaintiff Gordon Noonan's deposition requires special conditions, given that he is dependent upon artificial ventilation for oxygen and is confined to his bed. Moreover, Patrolman Christopher Perreault's deposition, to have been taken on August 18, 2005, had to be postponed due to the fact that his wife was to have given birth at any moment.

Also, Defendant's counsel, Mark P. Dolan, Esquire, is scheduled for trial in the Rhode Island Superior Court on September 6, 2005, date certain; September 19, 2005, date certain; and September 26, 2005, date certain. The September 6th and 19th trials are expected to last 3 weeks each.

Realistically, given the scheduling problems described above, Plaintiffs, with the assent of the Defendant, request that fact discovery close on December 15, 2005 and that this Court's Pretrial Order be amended to reflect such enlargement.

Plaintiffs,
GORDON NOONAN and
NANCY NOONAN,
By their attorneys,

PHILLIPS & D'ALOISIO

______________________________
Paul E. Phillips, Esquire (5094)
91 Friendship Street, Fourth Floor
Providence, Rhode Island 02903
(401) 453-5900
(401) 453-5903 facsimile

and

LAW OFFICE OF FRANK C. CORSO

______________________________ (#5094)
for Frank C. Corso, Esquire
Massachusetts BBO No. 545552
15 Court Square, Suite 240
Boston, Massachusetts 02108
(617) 227-0011
(617) 723-2032 facsimile

facsimile transmission on this 21 day of August, 2005 to:

Mark P. Dolan, Esquire *(401-421-7218)*
RICE DOLAN & KERSHAW
170 Westminster Street, Suite 900
Providence, Rhode Island 02903

David E. Maglio, Esquire *(401-831-7979)*
101 Dyer Street, Second Floor
Providence, RI 02903