UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GORDON NOONAN and
NANCY NOONAN,
Plaintiffs

v. C. A. No. 05-150S

NEW WHARF TAVERN, INC.,
Defendant

SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PLAINTIFFS' ASSENTED MOTION TO AMEND PRETRIAL ORDER AS TO ENLARGEMENT OF FACT DISCOVERY CLOSURE

Plaintiffs, with the assent of the Defendant New Wharf Tavern, Inc., hereby submit this Supplemental Memorandum in Support of Plaintiffs' Assented Motion to Amend Pretrial Order as to Enlargement of Fact Discovery Closure, which Motion was filed on August 29, 2005 in the above-captioned case. In that Motion and supporting Memorandum, Plaintiffs, with the assent of the Defendant New Wharf Tavern, Inc., moved this Honorable Court to amend the Pretrial Order to permit the parties to enlarge the closure of fact discovery from the current date of September 2, 2005 to December 15, 2005. In further clarification of the requested enlargement, Plaintiffs, with the assent of the Defendant New Wharf Tavern, Inc., move this Honorable Court to amend the remaining paragraphs of the Pretrial Order to reflect the requested enlargement in the following manner, in pertinent part as to the affected dates subsequent to December 15, 2005.

:

As to paragraph 2 of the Pretrial Order: Expert Discovery Disclosures. Plaintiffs will make their expert witness disclosures and reports, as required by Fed R. Civ. P. 26(a) (2), by **January 16, 2006**. Defendant will make its expert witness disclosures and reports, as required by Fed. R. Civ. P. 26 (a) (2), by **February 15, 2006** . . . . All depositions are to be completed by **March 17, 2006**. Expert discovery will close on **March 17, 2006**.

As to paragraph 3 of the Pretrial Order: Dispositive Motions. Dispositive Motions will be filed by **March 17, 2006** . . . .

As to paragraph 4 of the Pretrial Order: Pretrial Memoranda Counsel will present by **30 days after a decision on any dispositive motions, or if no dispositive motions are filed, by April 17, 2006**, typewritten memorandum which shall contain the following information . . . .

Wherefore, Plaintiffs, with the assent of the Defendant New Wharf Tavern, Inc., move this Honorable Court to amend the Pretrial Order to enlarge Fact Discovery Closure to December 15, 2005 and to reflect the requested enlargement in the abovedescribed manner, in pertinent part as to the affected dates subsequent to December 15, 2005.