UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED AUG 29 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

GORDON NOONAN and
NANCY NOONAN,
Plaintiffs
v.
NEW WHARF TAVERN, INC.,
Defendant

C. A. No. 05-150S

PLAINTIFFS' ASSENTED MOTION TO AMEND PRETRIAL ORDER AS TO ENLARGEMENT OF FACT DISCOVERY CLOSURE

Plaintiffs, with the assent of the Defendant New Wharf Tavern, Inc., hereby move this Honorable Court to amend the Pretrial Order in the above-captioned case to permit the parties to enlarge the closure of fact discovery from the current date of September 2, 2005 to December 15, 2005. In support thereof, Plaintiffs rely upon the accompanying Memorandum.

Plaintiffs,
GORDON NOONAN and
NANCY NOONAN,
By their attorneys,

PHILLIPS & D'ALOISIO

Paul E. Phillips, Esquire (5094)
91 Friendship Street, Fourth Floor
Providence, Rhode Island 02903
(401) 453-5900
(401) 453-5903 facsimile

GRANTED
William E. Smith
U.S. District Judge
8/31/05

and

LAW OFFICE OF FRANK C. CORSO

(#5094)

for Frank C. Corso, Esquire
Massachusetts BBO No. 545552
15 Court Square, Suite 240
Boston, Massachusetts 02108
(617) 227-0011
(617) 723-2032 facsimile

CERTIFICATION

I, the undersigned, hereby certify that I forwarded a copy of this document via facsimile transmission on this 29th day of August, 2005 to:

Mark P. Dolan, Esquire *(401-421-7218)*
RICE DOLAN & KERSHAW
170 Westminster Street, Suite 900
Providence, Rhode Island 02903

David E. Maglio, Esquire *(401-831-7979)*
101 Dyer Street, Second Floor
Providence, RI 02903