UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GORDON NOONAN and
NANCY NOONAN,
Plaintiffs

C. A. No. 05-150S

NEW WHARF TAVERN, INC.,
Defendant

**NOTICE OF DEPOSITION**

DATE: November 7, 2005

TIME: 1:00 P.M.

PLACE: 91 Friendship Street, Fourth Floor
Providence, RI 02903

DEPONENT: William H. Pannoni

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 30, Plaintiffs' Counsel in the above-entitled action will take the deposition of the above-named deponent at the date and time indicated herein, on oral examination, which examination will continue from day to day until complete, at the address referenced above before a Notary Public duly commissioned in the State of Rhode Island.

Plaintiffs,
GORDON NOONAN and
NANCY NOONAN,
By their attorneys,

PHILLIPS & D'ALOISIO

Paul E. Phillips, Esquire (5094)
91 Friendship Street, Fourth Floor
Providence, Rhode Island 02903
(401) 453-5900
(401) 453-5903 facsimile

and

LAW OFFICE OF FRANK C. CORSO

(#5094)

for Frank C. Corso, Esquire
Massachusetts BBO No. 545552
15 Court Square, Suite 240
Boston, Massachusetts 02108
(617) 227-0011
(617) 723-2032 facsimile

CERTIFICATION

I, the undersigned, hereby certify that I forwarded a copy of this document via facsimile transmission on this 25th day of OCTOBER, 2005 to:

Mark P. Dolan, Esquire *(401-421-7218)*
RICE DOLAN & KERSHAW
170 Westminster Street, Suite 900
Providence, Rhode Island 02903

David E. Maglio, Esquire *(401-831-7979)*
101 Dyer Street, Second Floor
Providence, RI 02903

Reporting Associates *(401-351-1665)*
10 Dorrance Street Suite 617
Providence, RI 02903

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GORDON NOONAN and
NANCY NOONAN,
Plaintiffs

C. A. No. 05-150S

NEW WHARF TAVERN, INC.,
Defendant

**NOTICE OF DEPOSITION**

DATE: November 7, 2005

TIME: 10:00 A.M.

PLACE: 91 Friendship Street, Fourth Floor
Providence, RI 02903

DEPONENT: Patrolman Christopher Perreault

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 30, Plaintiffs' Counsel in the above-entitled action will take the deposition of the above-named deponent at the date and time indicated herein, on oral examination, which examination will continue from day to day until complete, at the address referenced above before a Notary Public duly commissioned in the State of Rhode Island.

Plaintiffs,
GORDON NOONAN and
NANCY NOONAN,
By their attorneys,

PHILLIPS & D'ALOISIO

Paul E. Phillips, Esquire (5094)
91 Friendship Street, Fourth Floor
Providence, Rhode Island 02903
(401) 453-5900
(401) 453-5903 facsimile

and

LAW OFFICE OF FRANK C. CORSO

for (#5894)

Frank C. Corso, Esquire
Massachusetts BBO No. 545552
15 Court Square, Suite 240
Boston, Massachusetts 02108
(617) 227-0011
(617) 723-2032 facsimile

CERTIFICATION

I, the undersigned, hereby certify that I forwarded a copy of this document via facsimile transmission on this 25th day of October, 2005 to:

Mark P. Dolan, Esquire *(401-421-7218)*
RICE DOLAN & KERSHAW
170 Westminster Street, Suite 900
Providence, Rhode Island 02903

David E. Maglio, Esquire *(401-831-7979)*
101 Dyer Street, Second Floor
Providence, RI 02903

Reporting Associates *(401-351-1665)*
10 Dorrance Street Suite 617
Providence, RI 02903