UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GORDON NOONAN and
NANCY NOONAN,
Plaintiffs

v. C. A. No. 05-150S

NEW WHARF TAVERN, INC.,
Defendant

PLAINTIFFS' ASSENTED MOTION TO AMEND PRETRIAL ORDER ISSUED ON AUGUST 31, 2005 AS TO ENLARGEMENT OF FACT DISCOVERY CLOSURE

Plaintiffs, with the assent of the Defendant New Wharf Tavern, Inc., hereby move this Honorable Court to amend the Pretrial Order issued on August 31, 2005 in the above-captioned case to permit the parties to enlarge the closure of fact discovery from the current date of December 15, 2005 to March 15, 2006. In support thereof, Plaintiffs rely upon the accompanying Memorandum.

Plaintiffs,
GORDON NOONAN and
NANCY NOONAN,
By their attorneys,

PHILLIPS & D'ALOISIO

Paul E. Phillips, Esquire (5094)
91 Friendship Street, Fourth Floor
Providence, Rhode Island 02903
(401) 453-5900
(401) 453-5903 facsimile

GRANTED

William E. Smith
U.S. District Judge
12/8/05

and

LAW OFFICE OF FRANK C. CORSO

Frank C. Corso, Esquire
Massachusetts BBO No. 545552
15 Court Square, Suite 240
Boston, Massachusetts 02108
(617) 227-0011
(617) 723-2032 facsimile

CERTIFICATION

I, the undersigned, hereby certify that I forwarded a copy of this document via facsimile transmission on this 7th day of December 2005 to:

Mark P. Dolan, Esquire *(401-421-7218)*
RICE DOLAN & KERSHAW
170 Westminster Street, Suite 900
Providence, Rhode Island 02903

David E. Maglio, Esquire *(401-831-7979)*
101 Dyer Street, Second Floor
Providence, RI 02903