UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Gordon Noonan and Nancy Noonan<br>Plaintiffs, | ) | |
| v. | ) | CA No. 05-150S |
| New Wharf Tavern, Inc.<br>Defendant. | ) | |

**<u>AMENDED PRETRIAL ORDER</u>**

(Civil Case)

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, the Pretrial Order for this case is amended as follows (<u>No further extensions will be granted</u>):

1. <u>Fact Discovery Closure</u>. All factual discovery will be closed by **March 15, 2006**.

2. <u>Expert Discovery Disclosures</u>. Plaintiffs will make their expert witness disclosures and reports, as required by Fed. R. Civ. P. 26(a)(2), by **April 14, 2006.** Defendant will make its expert witness disclosures and reports, as required by Fed. R. Civ. P. 26(a)(2), by **May 15, 2006.** (Any expert witness not disclosed by these dates will not be allowed to testify unless authorized by the Court.) All depositions are to be completed by **June 14, 2006**. Expert Discovery will close on **June 14, 2006.**

3. Dispositive Motions. Dispositive motions will be filed by **June 14, 2006**. Prior to filing a motion for summary judgment, counsel must request a conference with the Court. Counsel should note the requirements of Local Rule 12.1 with respect to motions for summary judgment.

4. Pretrial Memoranda. Counsel will present by **30 days after a decision on any dispositive motions, or if no dispositive motions are filed, by July 14, 2006,** typewritten memorandum which shall contain the following information:

By Order

Deputy Clerk

ENTER:

William E. Smith
United States District Judge
Date: 12/8/05