MPD:fm 03-369

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GORDON NOONAN AND
NANCY NOONAN

VS C.A. NO. 05-150 S

NEW WHARF TAVERN, INC.

**DEFENDANT NEW WHARF TAVERN, INC.'S MOTION FOR LEAVE TO DEPOSE OUT OF STATE WITNESS AND APPOINT OUT OF STATE COMMISSIONER**

Defendant New Wharf Tavern, Inc. hereby move pursuant to the Federal Rules of Civil Procedure for an Order for the issuance of a witness subpoena (1) the appropriate authority in Naples, Florida seeking the assistance of said authorities, to the extent necessary, in securing the attendance for deposition of **Stuart Eddy, 177 Willowick Drive, Naples, Florida 34110** to be held at **Donovan Court Reporting, 2315 Stanford Court, Suite 301, Naples, Florida 34110.** In support of the motion, defendant submits the attached memorandum.

Mark P. Dolan, Esquire #3280
RICE DOLAN & KERSHAW
Attorneys for Defendant
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800

CERTIFICATION

TO: Paul E. Phillips, Esq.
Phillips & D'Aloisio
91 Friendship Street, Fourth Floor
Providence, RI 02903

Frank C. Corso, Esq.
15 Court Square, Suite 240
Boston, MA 02108

David E. Maglio, Esq.
David E. Maglio & Associates, P.C.
The Owen Building
101 Dyer Street, Second Floor
Providence, RI 02903

DATED: February 15, 2006 ______________________

MPD:fm 03-369

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GORDON NOONAN AND
NANCY NOONAN

VS C.A. NO. 05-150 S

NEW WHARF TAVERN, INC.

**MEMORANDUM OF**
**DEFENDANT NEW WHARF TAVERN, INC. IN SUPPORT OF ITS MOTION FOR LEAVE TO DEPOSE OUT OF STATE WITNESS AND APPOINT OUT OF STATE COMMISSIONER**

Defendant New Wharf Tavern, Inc. has now moved pursuant to the Federal Rules of Civil Procedure for an Order for the issuance of a witness subpoena for the out of state deposition of Stuart Eddy of Naples, Florida. As grounds thereto, the defendant states as follows:

1. On October 17, 2003 Stuart Eddy was present at New Wharf Tavern, Inc. with plaintiff Gordon Noonan attending an event;
2. Plaintiff Gordon Noonan is claiming he sustained permanent injuries at New Wharf Tavern, Inc. on that date;
3. Information pertinent to the case needs to be further developed through Stuart Eddy's deposition testimony.

Based upon these facts, the defendant seeks leave to depose Stuart Eddy and appoint an out of state commissioner to issue a deposition subpoena upon Stuart Eddy.

WHEREFORE, the defendant respectfully requests its motion now be granted, and the Court enter an appropriate Order in the form attached hereto.

Mark P. Dolan, Esquire #3280
RICE DOLAN & KERSHAW
Attorneys for Defendant
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800

CERTIFICATION

TO: Paul E. Phillips, Esq.
Phillips & D'Aloisio
91 Friendship Street, Fourth Floor
Providence, RI 02903

Frank C. Corso, Esq.
15 Court Square, Suite 240
Boston, MA 02108

David E. Maglio, Esq.
David E. Maglio & Associates, P.C.
The Owen Building
101 Dyer Street, Second Floor
Providence, RI 02903

DATED: February 15, 2006