MPD:fm 0 FILED

FEB 21 2006

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GORDON NOONAN AND
NANCY NOONAN

VS C.A. NO. 05-150 S

NEW WHARF TAVERN, INC.

**DEFENDANT NEW WHARF TAVERN, INC.'S MOTION FOR LEAVE TO DEPOSE OUT OF STATE WITNESS AND APPOINT OUT OF STATE COMMISSIONER**

Defendant New Wharf Tavern, Inc. hereby move pursuant to the Federal Rules of Civil Procedure for an Order for the issuance of a witness subpoena (1) the appropriate authority in Naples, Florida seeking the assistance of said authorities, to the extent necessary, in securing the attendance for deposition of **Stuart Eddy, 177 Willowick Drive, Naples, Florida 34110** to be held at **Donovan Court Reporting, 2315 Stanford Court, Suite 301, Naples, Florida 34110.** In support of the motion, defendant submits the attached memorandum.

Mark P. Dolan, Esquire #3280
RICE DOLAN & KERSHAW
Attorneys for Defendant
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800

CERTIFICATION

TO: Paul E. Phillips, Esq.
Phillips & D'Aloisio
91 Friendship Street, Fourth Floor
Providence, RI 02903

Frank C. Corso, Esq.
15 Court Square, Suite 240
Boston, MA 02108

2/24/06: DENIED. PURSUANT TO FRCP 45(a)(2), the Court in the District where the deposition is to be taken (M.D. FLA.) is the proper Court to issue the subpoena.

Referred to U.S.M.J. Almond
☐ for findings & recommendation
☑ for determination
☐
William E. Smith, U.S. District Judge
Date 2/23/06