UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Gordon Noonan and Nancy Noonan,
Plaintiffs,

v. C.A. No. 05-150S

New Wharf Tavern, Inc.,
Defendant.

ORDER REGARDING ALTERNATIVE DISPUTE RESOLUTION

In light of the unavailability of William Poore, Esq. to serve as mediator, this matter is referred for purposes of Alternative Dispute Resolution to Dr. Berry Mitchell. Unless the parties request otherwise, Dr. Mitchell shall conduct the mediation of this matter.

By Order,

Deputy Clerk

Enter:

William E. Smith
U.S. District Judge
Date: 3/2/06