UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GORDON NOONAN and NANCY NOONAN, Plaintiffs, | : | |
| VS. | : | C.A. No. 05-150 S |
| NEW WHARF TAVERN, INC. | : | |

**NOTICE OF DEPOSITION**

**DEPONENT:** **Harvey Cohen**
**Cambridge Technical Associates**
**50 Hancock Road, P.O. Box 920113**
**Needham, Massachusetts**

**DATE:** **Monday, June 5, 1006**

**TIME:** **11:00 a.m.**

PLEASE TAKE NOTICE that the defendant, New Wharf Tavern, Inc., through its attorneys, will take the testimony on oral examination of the above-described person at the time set forth above before a Notary Public of the State of Rhode Island and thereafter from day to day as the taking of the deposition may require at the offices of **Cambridge Technical Associates, 50 Hancock Road, P.O. Box 920113, Needham, MA 02492** at which time and place you are notified to appear and take such part in the examination as shall be fit and proper.

**Note: Harvey Cohen is requested to bring the documents listed on the attached Schedule A.**

**IT IS AGREED THAT PLAINTIFF'S ATTORNEY WILL PRODUCE THIS EXPERT WITNESS WITHOUT THE NECESSITY OF A SUBPOENA *DUCES TECUM***

NEW WHARF TAVERN, INC.

By its Attorneys,

RICE, DOLAN & KERSHAW

Mark P. Dolan (Dan)

Mark P. Dolan, #3280
James S. D'Ambra, #5064
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800
FAX: (401) 421-7218

- and –

DAVID E. MAGLIO & ASSOCIATES, P.C.

David E. Maglio, #3450
The Owen Building
101 Dyer Street, Second Floor
Providence, RI 02903
(401) 831-5400
FAX: (401) 831-7979

**CERTIFICATION**

To:

Paul E. Phillips, Esq.
PHILLIPS & D'ALOISIO
91 Friendship Street, Fourth Floor
Providence, RI 02903

Frank C. Corso, Esq.
15 Court Square, Suite 240
Boston, MA 02108

I hereby certify that on the 25th day of May, 2006 I caused a true copy of the *Notice of Deposition, Harvey Cohen* to be mailed to the above-listed attorneys.

**GORDON NOONAN AND NANCY NOONAN vs. NEW WHARF TAVERN, INC.**
**C.A. NO. 05-150/S**

**SCHEDULE "A"**

Harvey Cohen is requested to bring with him all books, articles or other documents relating to the testing, technique, the peer review and/or publication, the potential or known rate of error and the general level of acceptance and the scientific field of his opinions as stated in the plaintiff's expert disclosure:

**NOTE:** "Documents", as used herein, shall be given the broadest interpretation allowable under the applicable Rules and Regulations. Without limiting the foregoing, "document" means any written or any other tangible thing of every kind and description and any form of data compilation, including handwritten, printed, typed, drawn, punched, taped, filmed, recorded, or graphic matter, however produced or reproduced, whether draft or final, original or reproduction, that you possess, control, or have custody of, or have the right to obtain upon request or demand; including but not limited to: letters, correspondence, notes, films, transcripts, telegrams, teletype messages, contracts and agreements including drafts, proposals, any and all modifications thereof, licenses, memoranda, transcripts and recordings of telephone conversations or personal conversations, microfilm, microfiche, books, newspapers, magazines, advertisements, periodicals, bulletins, circulars, pamphlets, statements, notices, memoranda (including inter- and intra-office memoranda, memoranda for file, pencil jotting, diary entries, desk calendar entries, expense accounts, recorded recollections and any other written form of notation of events thereto, draft minutes, resolutions and agendas), expressions and/or statements of policy, lists of persons attending meetings and conferences, reports, rules, regulations, directions, communications, interoffice communications, reports, financial statements, tax returns, ledgers, books of account, proposals, prospectuses, offers, orders, receipts, analyses, audits, working papers, computations, projections, tabulations, financial records, blueprints, plans, writings, drawings, graphs, charts, photographs, phone-records, information in any computer-readable or machine-readable format (stored disks, tapes, drives, and any other form of electronic, magnetic, mechanical, or other data storage systems; translated, if necessary, into reasonably usable form), invoices, receipts, working papers, desk calendars, appointment books, diaries, time sheets, logs, movies, tapes for visual audio reproduction, recordings, magnetic computer tapes and diskettes, reports and/or summaries of investigations, opinions and/or reports of consultants, **cd roms,** appraisals, reports and/or summaries of negotiations, proposals, computer punch cards, "e-mail", electronic mail, voice mail or material similar to any of the foregoing, however denominated. This definition includes all copies, reproductions, or facsimiles of documents, however denominated. This definition includes all copies, reproductions, or facsimiles of documents by whatever means made. If copies of a document are not identical for any reason, including handwritten notations, initials or identification marks, each non-identical copy is a separate document within the meaning of this definition.

**GORDON NOONAN AND NANCY NOONAN vs. NEW WHARF TAVERN, INC.**

**SCHEDULE "A" OF REQUESTED DOCUMENTS FOR THE DEPOSITION OF DR. HARVEY COHEN**

Dr. Cohen is requested to bring with him the original and one copy of the following documents:

1. All documents, including but not limited to correspondence and handwritten or computer notes and electronic mail, received, reviewed, sent, and created relating to Dr. Harvey Cohen's engagement as an expert witness in the above-captioned matter;

2. All reports, drafts and final, prepared by or at the direction of, Dr. Harvey Cohen, relating to Dr. Harvey Cohen's engagement as an expert witness in the above-captioned matter;

3. All engagement letters received by Dr. Harvey Cohen, relating to Dr. Harvey Cohen's engagement as an expert witness in the above-captioned matter.

4. All invoices, time sheets, and cost reports, draft and final, prepared by Dr. Harvey Cohen, relating to Dr. Harvey Cohen's engagement as an expert witness in the above-captioned matter.

5. A copy of Dr. Harvey Cohen's up-to-date resume and/or *curriculum vitae*.

6. All video tapes, audio tapes, DVDs and the like viewed and/or relied on by Dr. Harvey Cohen in connection with his engagement as an expert witness in the above-captioned matter.

7. All articles, texts, treatises, journals, studies, study results that Dr. Harvey Cohen reviewed and/or relied on, and plans to use at trial, in connection with his engagement as an expert witness in the above-captioned matter.

**NOTE:** "Documents", as used herein, shall be given the broadest interpretation allowable under the applicable Rules and Regulations. Without limiting the foregoing, "document" means any written or any other tangible thing of every kind and description and any form of data compilation, including handwritten, printed, typed, drawn, punched, taped, filmed, recorded, or graphic matter, however produced or reproduced, whether

draft or final, original or reproduction, that you possess, control, or have custody of, or have the right to obtain upon request or demand; including but not limited to: letters, correspondence, notes, films, transcripts, telegrams, teletype messages, contracts and agreements including drafts, proposals, any and all modifications thereof, licenses, memoranda, transcripts and recordings of telephone conversations or personal conversations, microfilm, microfiche, books, newspapers, magazines, advertisements, periodicals, bulletins, circulars, pamphlets, statements, notices, memoranda (including inter- and intra-office memoranda, memoranda for file, pencil jotting, diary entries, desk calendar entries, expense accounts, recorded recollections and any other written form of notation of events thereto, draft minutes, resolutions and agendas), expressions and/or statements of policy, lists of persons attending meetings and conferences, reports, rules, regulations, directions, communications, interoffice communications, reports, financial statements, tax returns, ledgers, books of account, proposals, prospectuses, offers, orders, receipts, analyses, audits, working papers, computations, projections, tabulations, financial records, blueprints, plans, writings, drawings, graphs, charts, photographs, phone-records, information in any computer-readable or machine-readable format (stored disks, tapes, drives, and any other form of electronic, magnetic, mechanical, or other data storage systems; translated, if necessary, into reasonably usable form), invoices, receipts, working papers, desk calendars, appointment books, diaries, time sheets, logs, movies, tapes for visual audio reproduction, recordings, magnetic computer tapes and diskettes, reports and/or summaries of investigations, opinions and/or reports of consultants, **cd roms,** appraisals, reports and/or summaries of negotiations, proposals, computer punch cards, "e-mail", electronic mail, voice mail or material similar to any of the foregoing, however denominated. This definition includes all copies, reproductions, or facsimiles of documents, however denominated. This definition includes all copies, reproductions, or facsimiles of documents by whatever means made. If copies of a document are not identical for any reason, including handwritten notations, initials or identification marks, ·ch non-identical copy is a separate document within the meaning of this definition.

··lity\new wharf\pleadings\schedule a for Harvey cohen