MPD:lab 03-369

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GORDON NOONAN AND NANCY NOONAN :
:
:
vs. : C.A. No. 05-150 S
:
NEW WHARF TAVERN, INC. :

**JOINT MOTION FOR EXTENSION OF DISCOVERY DATES**

The parties in the above captioned matter hereby jointly move for an extension of the Pre-Trial Order. In support of the motion, the parties submit the attached memorandum. As outlined therein, the parties are requesting an additional forty-five (45) days to complete expert depositions, and corresponding extensions for dispositive motions and pre-trial memoranda.


Paul E. Phillips, Esq., Reg.#
Phillips & D'Aloisio, Esq.
Attorneys for Plaintiffs
91 Friendship Street, 4th Floor
Providence, RI 02903
(401) 453-5900

Mark P. Dolan, Esq., Reg.# 3280
Rice Dolan & Kershaw
Attorneys for Defendant
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800

Frank C. Corso, Esq., Reg.#
Law Offices of Frank C. Corso
Attorneys for Plaintiffs
15 Court Street
Boston, MA 02108

David E. Maglio, Esq., Reg.# 3459
David E. Maglio and Associates
Attorneys for Defendant
101 Dyer Street
Providence, RI 02903


Dated: June 6, 2006

MPD:lab 03-369

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GORDON NOONAN AND<br>NANCY NOONAN | : | |
| vs. | : | C.A. No. 05-150 S |
| NEW WHARF TAVERN, INC. | : | |

**MEMORANDA IN SUPPORT OF JOINT MOTION FOR EXTENSION OF DISCOVERY DATES**

The parties have now jointly moved for an extension of various dates set forth in the Court's Pre-Trial Order.

The Court has previously ordered that expert depositions be completed by June 14, 2006, with dispositive motions completed by that date as well. Pre-Trial Memoranda are presently due on or before July 14, 2006.

The parties have worked diligently to complete the extensive discovery necessitated by this case. Expert disclosures were made by all parties consistent with the Court's Pre-Trial Order. Pursuant to that Order, expert depositions are to be completed by June 14, 2006. Those depositions necessitate travel out of state. Given trial commitments of counsel, it is not possible for the parties to complete those depositions by the June 14, 2006 date. The parties are requesting an additional forty-five (45) days, through and including July 28, 2006 to complete expert depositions. The parties would thereafter request forty-five (45) days, through and including September 12, 2006 to file dispositive motions. The parties would respectfully request thirty (30) days time following the Court's ruling on dispositive motions within which to file Pre-Trial Memoranda.

For all of these reasons, the parties jointly would request the extensions of the Pre-Trial Order as outlined above.

Paul E. Phillips, Esq., Reg.#
Phillips & D'Aloisio, Esq.
Attorneys for Plaintiffs
91 Friendship Street, 4th Floor
Providence, RI 02903
(401) 453-5900

Mark P. Dolan, Esq., Reg.# 3280
Rice Dolan & Kershaw
Attorneys for Defendant
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800

Frank C. Corso, Esq., Reg.#
Law Offices of Frank C. Corso
Attorneys for Plaintiffs
15 Court Street
Boston, MA 02108

David E. Maglio, Esq., Reg.# 3459
David E. Maglio and Associates
Attorneys for Defendant
101 Dyer Street
Providence, RI 02903

Dated: June 6, 2006