MPD:lab 03-369

FILED
JUN 07 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GORDON NOONAN AND
NANCY NOONAN :

vs. : C.A. No. 05-150 S

NEW WHARF TAVERN, INC. :

**JOINT MOTION FOR EXTENSION OF DISCOVERY DATES**

The parties in the above captioned matter hereby jointly move for an extension of the Pre-Trial Order. In support of the motion, the parties submit the attached memorandum. As outlined therein, the parties are requesting an additional forty-five (45) days to complete expert depositions, and corresponding extensions for dispositive motions and pre-trial memoranda.

Paul E. Phillips, Esq., Reg.#
Phillips & D'Aloisio, Esq.
Attorneys for Plaintiffs
91 Friendship Street, 4th Floor
Providence, RI 02903
(401) 453-5900

Mark P. Dolan, Esq., Reg.# 3280
Rice Dolan & Kershaw
Attorneys for Defendant
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800

Frank C. Corso, Esq., Reg.#
Law Offices of Frank C. Corso
Attorneys for Plaintiffs
15 Court Street
Boston, MA 02108

David E. Maglio, Esq., Reg.# 3459
David E. Maglio and Associates
Attorneys for Defendant
101 Dyer Street
Providence, RI 02903

Dated: June 6, 2006

**GRANTED**

William E. Smith
U.S. District Judge
6/22/06