# EXHIBIT 1

A. I was the primary and only bartender.
Q. Serving the entire group.
A. Correct.
Q. All right.
A. Unless they decided to go downstairs for an unknown reason. But there is a full serve, a full bar in our dining room.
Q. Right. But as far as upstairs --
A. As far as I know, you know, I was the only game in town upstairs.
Q. I'm just going to instruct you slightly. If you'd please let me finish my question so the court reporter will take down my whole question and then she'll get your answer.
A. Sure.
Q. I know you're anticipating a lot of what I'm going to ask you, but just for the formality of this record. Okay?
A. Okay.
Q. Who's --
MR. CORSO: Strike that.
Q. How many people were working the banquet in total that evening?
A. To my recollection, three or four.
Q. Do you remember the names of any of them?

A. I don't remember exactly, but I --. We have pretty much a similar crew every weekend. Frank would be the head waiter -- I mean, Billy would be the head waiter. Frank would be the other waiter. I'm not sure if there was anyone else on, whether there was another busboy or anyone like that.
Q. When you say "Billy," is that William Grossman?
A. Correct.
Q. And do you know Frank's last name?
A. Andrews.
Q. And do you have any recollection of the busboy's name?
A. I don't know if there was one that night. I don't recollect. I don't.
Q. Do you know William Pannoni?
A. Yes.
Q. Do you have any recollection of interacting with him upstairs that evening?
A. No.
Q. Prior to starting as a bartender at the Wharf Tavern did you work anywhere else as a bartender?
A. I've been a bartender since 1980.
Q. At some point in the course of your career did you have either TIPS training or STOP training?
A. Yes, sir.

Q. And is that true for each time you served him?
A. Each time that I remember, yes.
Q. Okay. Other than you serving him do you have any direct personal knowledge of anyone else giving him alcohol?
A. No, I don't.
Q. Over what period of time would you estimate that you served him the drinks that you served him?
A. Anywhere from 6:30 to ten o'clock.
Q. So over approximately a three-and-a-half- to four-hour period.
A. Say three-and-a-half- to four-hour period, correct.
Q. And as you sit here now do you have a specific recollection of serving him on at least three occasions?
A. I don't, I don't have an exact number. I'm going to say two to three. I don't, I don't really remember, to be honest with you.
Q. But on each occasion that you served him --
A. Yes.
Q. -- you did indeed apply the skills that you had learned to assess whether it would be appropriate to serve him; correct?
A. Yes, sir.