# EXHIBIT 2

Q The bar upstairs?
A Yes.
Q Had you been to the Wharf Tavern before that evening?
A Oh, yes. Many times.
Q Had you ever been upstairs before?
A Many times.
Q Did you know any of the staff at the Wharf Tavern by name or sight?
A I knew the, there was a barmaid there, Bonnie, but she wasn't waiting on the group. It was a guy who waited us.
Q Did you know the bartender that evening on the second floor?
A No.
Q There is a bar area on the second floor?
A Yes, sir.
Q And that was manned, I take it?
A Yes.
Q The chardonnay that you had, did you get that directly from the bar?
A Yes, sir.
Q During the dinner hour was there alcohol service at the tables or, if you remember, or did attendees go up to the bar to refreshen their drinks or get

drinks?
A The bartender came around to the tables and was clearing glasses and taking orders and bringing drinks.
Q So he is, in essence, acting as a cocktail waiter during the dinner hour?
A Yes. During the dinner people are sitting, sitting and eating. There isn't a lot for him to do.
Q And during the cocktail hour he was behind the bar?
A Correct.
Q Was that meeting, that dinner, run typically the way other meetings were run for the group?
A Pretty much.
Q Was that a fairly typical night?
A Pretty much. Yes, sir.
Q Had the Royal Order of Jesters held a meeting at the Wharf Tavern at any time during your tenure prior to your meeting?
A No, sir.
Q Do you know who selected the Wharf Tavern for that one?
A It would have been Mr. Henry and/or the director at the time, probably Arthur Chatman.
Q Do you know how it came to be that the Wharf Tavern

have observed how the actual fall occurred?
A That's correct.
Q Now, did you have occasion to interact with Mr. Noonan at all between the cocktail hour and the fall?
A Yes, sir.
Q And at what time, approximately?
A Just before we were leaving.
Q And where was that? Obviously on the second floor, but where on the second floor?
A They were seated at the table. I went over and spoke to Gordon and Stuey.
Q They were still seated?
A Yes, sir.
Q And just casual conversation or --
A Yes.
Q So this would have been within 5 minutes prior to the fall?
A Yes, sir.
Q And could you tell me what you can recall, if anything, about what was said between the three of you.
A Yes. Gordon said that his and Stuey's wife, Nancy, and I can't remember the other woman's name, had brought them down. They were going to a movie, so

the timing was working out right. They were waiting for them to come back to pick them up.
Q Did you make any observations with respect to Mr. Noonan at that time --
A Yes, sir.
Q -- as to how he was acting and communicating?
A Yes, I did.
Q In what respect?
A I remember thinking when they, he told me that their wives were picking them up, that that was a good idea because neither one of them should be driving.
Q And what about Mr. Eddy led you to that conclusion?
A What about Mr. Noonan?
Q First about Mr. Eddy.
A About Mr. Eddy?
Q Yeah.
A His motions. His eyes.
Q And how about Mr. Noonan?
A His speech and his eyes.
Q What about his speech?
A He was thinking -- his words were coming out slowly, and his speech was somewhat slurred, as I remember.

MR. PHILLIPS: No questions from me.

MR. MAGLIO: Yeah. Let me just ask you a couple of follow-up questions. As I said, I'm Dave Maglio, and I represent the Wharf Tavern with Mark Dolan.

THE DEPONENT: Yes, sir.

EXAMINATION BY MR. MAGLIO:

Q Do you recall seeing how many -- strike that. Do you recall seeing Mr. Noonan drink more than one glass of wine?
A No, sir.
Q Okay. And where were you located when you saw him and observed that he was speaking slowly and slurring his words?
A I was standing at their table.
Q And what portion of the evening was that during?
A Just before we left.

MR. MAGLIO: That's all I have. Thank you.

(Whereupon the deposition was adjourned at 10:44 a.m.)