# EXHIBIT 3

Q Answers to Interrogatories have been filed in this case, answers to written questions that we had asked. The Answers to Interrogatories would indicate that as of the time of the fall at the Wharf Tavern, you were retired; is that correct?
A Yes.
Q From what profession were you retired, sir?
A Construction.
Q Did you own a construction company?
A Yes.
Q What was the name of that company?
A Investment Builders Associates.
Q Where was that out of?
A Providence.
Q Was that commercial construction?
A It was commercial, both commercial and residential.
Q At the time of this accident at the Wharf Tavern, did you own a home in Rhode Island as well as the -- this home in Florida?
A No.
Q Were you a full time Florida resident at the time?

more than once during that wedding reception?

A No.

Q So your best recollection is -- with respect to that wedding reception, approximately three to five years prior to the date of this incident, you would have simply gone up the stairs to the reception, and then down the stairs at the conclusion of the reception?

A Yes.

Q Did you have -- do you recall having any problem or difficulty with that set of stairs on that prior occasion?

A No.

Q Do you recall noticing or noting any problem or defect or what you believe to be a dangerous condition with those stairs on that prior occasion?

A No.

Q Now, when you mentioned that you were in construction before your retirement, would that construction be for your own property, that you would own, or would you do construction by contract for third parties?

A When I was in business for myself, it was for my own.

Q So it's fair to say that when you were in the construction field, you were developing properties for your ownership or subsequent sale?

A Right.

Q And of the commercial properties you own at present, are they all in Rhode Island or in another location?

A No, Massachusetts.

Q And are those residential units?

A Residential units.

Q No commercial properties.

A No.

Q How many units do you own at present?

A 242.

Q And how about in October of '03?

A 245.

Q Are you doing okay?

MRS. NOONAN: Do you need to be suctioned, Gordon?

THE WITNESS: No, I'm all right.

MR. DOLAN: At any point if you want to take a break, let us know.

MRS. NOONAN: I'll let you know.

MR. DOLAN: Obviously, I don't want to --

MRS. NOONAN: No.

BY MR. DOLAN:

Q Do you remember what time the day the incident, Mr. Noonan, you approximately arrived at the Wharf Tavern?

A Six o'clock.

Q Where were you staying at that time?

A In an apartment I have.

Q Where was that?

A In East Providence.

Q Was that an apartment in a complex that you owned?

A No.

Q Where was the apartment in East Providence?

A I don't recall the street. I know it's 30 something.

Q Was that an apartment that you and your wife rented year-round for the times that you were up?

A The company rented it.

Q And that's that construction company you identified previously?

A No.

Q Okay. What company rented it?

A Winthrop & Associates.
Q And what's that?
A That's a holding company for the apartments.
Q But that was a year-round rental?
A Yes.
Q And how long had you been in the Rhode Island area before the day of the incident? Had you been up for a week, two weeks or --
A Oh, several days. It was about a week.
Q Okay. And what was the purpose of your visit?
A My business.
Q Could you give me an example of what you would be doing? Checking on the management of the apartments, that sort of thing?
A Yes.
Q And was part of the reason that you had planned to be in Rhode Island during this period of time, was not only to handle the business that you needed to attend to, but also to be up there at the time of the scheduled meeting of the Jesters?
A That's just the way it worked out.
Q Did you go with anyone to the Wharf Tavern that night?

You do remember speaking with the bartender about the apartment?
A Right.
Q Do you remember what you had as an entree that night?
A Probably a salad.
Q Well, hopefully you had something more than a salad.
Do you remember what you had for your main course?
A Shrimp.
Q What time did the incident happen, sir?
A Oh, I really don't recall.
Q What's your best recollection? If you arrived at --
A 9:30.
Q 9:30 about?
A 10 o'clock.
Q Do you know, were your wife and Mrs. Eddy back by that time?
A Yes.
Q Had you had occasion to see her that night? Had she come up and, you know, sort of signaled that she was back?
A No.

Q Was there anyone else descending on the stairway while you were going down the stairs?
A Yes.
Q Do you remember who?
A No.
Q Was there anyone trying to come up while you were on the stairs?
A Not that I recall.
Q All right. You just remember that while you were going down the stairs, there are other members of the Jesters who were going down at or about the same time.
A Yes.
Q But you don't recall specifically who.
A No.
Q Do you remember anyone else's wife or any other wives coming up to get their husband at the end of the meeting to let them know that they were there?
For that organization, would that have been an inappropriate thing to do, for a woman to come up and let her husband know that they were there?
A Yes.
Q So you said that as you were going down

that night, you were to the right of that set of stairs, correct?

A Yes.

Q And did you say you were approximately halfway down the stairs at the time of the incident?

A Yes.

Q Do you remember, from that top landing -- when you first began to step down, do you remember whether or not you stepped with your right foot or your left foot? And if you don't know or don't recall, you can simply tell me.

A I don't recall.

Q But you recall specifically that you were not carrying anything at the time; is that correct?

A Yes.

Q All right. At the time of the incident, were you holding onto a handrail?

A Yes.

Q That would have been with your right hand?

A Yes.

Q Could you tell me what happened, sir?

A You mean after I left the dinner?