# EXHIBIT 4

**CAMBRIDGE TECHNICAL ASSOCIATES**
TECHNICAL EXPERT SERVICES

**HARVEY M. COHEN, PH.D., DIRECTOR**
**E-Mail:** harveycohen@alum.mit.edu

**50 HANCOCK ROAD • P.O. BOX 920113**
**NEEDHAM, MASSACHUSETTS 02492**
**TELEPHONE: (781) 449-4335 • 449-8380**
**FAX: (781) 449-1539**

April 13, 2006

Paul E. Phillips, Esq.
Phillips & D'Alosio
91 Friendship Street
Providence, RI 02903

Re: Gordon Noonan, et al. v. New Wharf Tavern
Our File 06-1-1

Dear Mr. Phillips:

This letter will constitute my report on the above matter.

I have reviewed certain documents in this matter, including the report of the Warren Police Department, selected hospital records of Gordon Noonan, and a deposition of Larry Smith. I have also discussed the matter with Atty. Phillips. From the above, I learned the following:

1. At the time of the incident, Mr. Noonan was 75 years old, 5'8" tall, and weighed 160 pounds.
2. He consumed no alcoholic beverages prior to arriving at the New Wharf Tavern.
3. He started drinking shortly after 6:13 P.M. A short meeting, no longer than 15 minutes occurred after the cocktail hour and prior to supper.
4. Shortly prior to 10:00 P.M., Mr. Noonan fell down a stairway at the New Wharf Tavern and tumbled to the bottom of the stairs. Mr. Noonan was seriously injured by the fall.
5. The Warren Police Department was notified at approximately 10:00 P.M.

6. Mr. Noonan consumed wine at the function.
7. Alcoholic beverages were consumed both at the cocktail hour prior to the business meeting and during the dinner.
8. After the accident, Mr. Noonan was transported to the Rhode Island Hospital, arriving at approximately 10:45 P.M.
9. A blood sample was taken from Mr. Noonan at 10:55 P.M. Analysis for ethanol (alcohol) revealed a concentration of 246 mg/dl alcohol in blood serum. This is equivalent to a blood alcohol concentration (BAC) of approximately 0.214%. (For reference purposes, this is 2.7 times the 0.08% level at which one is deemed to be under the influence of alcohol when driving a motor vehicle.)
10. Approximately five minutes prior to the fall, Mr. Smith observed Mr. Noonan and Mr. Eddy, who was with Mr. Noonan. Mr. Smith formed the opinion that neither Mr. Smith nor Mr. Eddy was in a condition to drive a motor vehicle due to their intoxication. His opinion regarding Mr. Noonan's intoxication was based on "his speech and his eyes." He further stated, "He was thinking – his words were coming out slowly, and his speech was somewhat slurred..."

Based on the above, I have calculated, using the standard Widmark Equation and Total Body Water Equations, taking into consideration Mr. Noonan's height, weight, and age, that he would have had to consume approximately 50 ounces of table wine (12% alcohol) while at the New Wharf Tavern, in order to have the serum alcohol concentration determined at the Rhode Island Hospital at 10:55 P.M. Assuming an average glass of wine of approximately 5 ounces, this would amount to ten drinks. Assuming that the drinks were relatively evenly spaced throughout the evening, his BAC at the time of last service of alcohol would have been approximately 0.165% and at the time he was observed by Mr. Smith, his BAC would have been approximately 0.17%. [1]

In view of the above, the following represent my conclusions:

1. Mr. Noonan was exhibiting visible signs of intoxication at the time he was observed by Mr. Smith. His BAC at the time of last service was the same or only marginally lower than at the time he was observed by Mr. Smith. Accordingly, it is my opinion that his

[1] The estimate of approximately 50 ounces of wine is based on drinking on a relatively empty stomach. Since some of his alcohol intake probably was with dinner, his total alcohol ingestion may have been even more than 50 ounces. This is because the effect of each drink on BAC is generally lower when drinking with food than when drinking on an empty stomach. Also, food in the stomach slows the rate of entry of alcohol into the blood.

degree of intoxication and his visible signs of intoxication should have been essentially the same.

2. At a BAC of 0.16-0.17 most people would be expected to show visible signs of intoxication. Those signs observed by Mr. Smith are consistent with his estimated BAC of about 0.17%.

3. The service of approximately 50 ounces of wine to Mr. Noonan is sufficiently excessive to have put the server on notice that Mr. Noonan would become intoxicated and be a potential danger to himself and others.

4. Mr. Noonan's BAC at the time of the accident was about 0.17% or slightly higher. At this BAC, he would have been substantially impaired by alcohol, including his perceptions, judgment, balance, divided-attention skills, and ability to process information. Further, there is a significant correlation between BAC and accidents due to falls. In view of these facts, it is my opinion that the alcohol served to Mr. Noonan at the New Wharf Tavern was a substantial contributing cause of the accident.

Please call if you have any question.

Very truly yours,

Harvey M. Cohen