# EXHIBIT 5

Case 1:05-cv-00150-S-LDA Document 33-6 Filed 09/29/2006 Page 2 of 2

**Rhode Island Hospital**
*A Lifespan Partner*

Department of Pathology
593 Eddy Street
Providence, Rhode Island 02903
Telephone: 401 444-6107

Patient: NOONAN, GORDON D MR#: (0000)016624868
DOB: 07/24/1929 SEX: M ACC#: 000104934047
Physician: MAJERCIK, SARAH D MD Admitted: 10/18/03
Location: 6INC 6INC Discharge: 12/16/03

## CHEMISTRY - ROUTINE

### ARTERIAL BLOOD GAS

| Procedure: | A PH | A PO2 | A O2 SAT | A PCO2 | A CO2 |
|---|---|---|---|---|---|
| Units: | | MMHG | % | MMHG | MEQ/L |
| Reference: | [7.35-7.45] | [78-92] | [93-98] | [35-45] | [22-32] |
| 10/17/03 2342 | 7.15 Lf | 93 H | 93 | 62 H | 23 |

A PH........... 10/17/03 2342 CRITICAL RESULTS; CALLED TO BRUCE AT 10/17/03 23:57 BY HEM505 .

## THERAPEUTIC DRUG AND TOXICOLOGY

| | | | |
|---|---|---|---|
| Specimen Date: | 12/10/03 | 12/10/03 | |
| Specimen Time: | 1433 | 1157 | |
| Day of Stay: | | | |
| Procedure | | | Therapeutic Range |
| VANCO PRE | | 15.7*f | [5.0-10.0] UG/ML |
| VANC POST | 25.7L | | [30.0-40.0] UG/ML |

12/10/03 1157 VANCO PRE CRITICAL RESULTS; CALLED TO DARLYNE AT 12/10/03 13:30 BY 184 .

## BLOOD ALCOHOL AND VOLATILES

| | | |
|---|---|---|
| Specimen Date: | 10/17/03 | |
| Specimen Time: | 2255 | |
| Day of Stay: | ER | |
| Procedure | | |
| ETHYL ALCOHOL | 246 | MG/DL |

## DRUG SCREEN

| | |
|---|---|
| Specimen Date: | 10/17/03 |
| Specimen Time: | 2255 |
| Day of Stay: | ER |
| Procedure | |
| OPIATES | NDf |
| COCAINE | ND |
| BENZODIAZEPINES | ND |
| BARBITURATE | ND |
| METHADONE | ND |

OPIATES (05/18/99 -- Current)

Results are from screening methods. Negative screenings are reported as "ND" (none detected). Positive results of screening tests are not confirmed and are reported as "POS NC" (positive not confirmed). If confirmatory testing is desired, it MUST BE REQUESTED as a separate order to the Toxicology Lab WITHIN 5 DAYS OF SAMPLE COLLECTION.

**Legend**
L = Low, H = High, * = Critical/Abnormal, * = Abnormal, f = Footnote

Lifespan Laboratories, RIH, TMH, NH