# EXHIBIT 6

A. (Deponent complies.) If this is, if it was the same picture, the curtain, you'd still see it, but I guess it was --

Q. So it's sort of draped over?

A. Yes. Almost like a --. I could explain it as like a curtain look, but it was pulled --. Like if this is --. There is a railing. The walls like stop halfway and it goes into a railing instead of a wall with a railing. And at that we'd pull the curtain to the, over the railing so it was not in the steps anymore.

Q. Okay. And you've seen this done a few times since you've worked there?

A. Yes.

Q. Okay. And when people walk down the stairs do they have to walk around that part of the curtain that's tied off a little bit?

A. It's usually not in the way, 'cause we, we can pull it completely -- like not completely off the steps but like a curtain. So, if anything, if you were really tall, you'd probably catch the edge of it but not --. Most people --. I know when I would, when I had ever walked up the steps I had never caught it. You could barely recognize it as there.

you were basically at I guess it's -- what did we call it, waitress station --
A. My station after Nick.
Q. Okay.
A. Which was my tray station.
Q. Okay. Was there a chair there where you sat down?
A. Where they had sat me down was right at this table, which would have been right in front --
Q. Now, who is "they"?
A. One of the wait staff. I do believe it was Stephanie who sat me down.
Q. Okay. And so you watched as people were over Mr. Noonan?
A. Well, Beth was kneeling at his knees, and she was kind of saying, "Keep the people away from him." So they were trying to make sure that no one would come and disturb how he was laying in case of --. I remember her saying in case of injury she didn't want to move him until the paramedics had arrived.
Q. Okay. So the first time you saw Mr. Noonan he was on the stairs.
A. Yes.
Q. Okay.
A. Not the first time that night. I had seen him earlier in the night downstairs.

Q. I'm sorry. Where did you see him downstairs?
A. In the bar area.
Q. Okay. And which bar was that?
A. The downstairs bar.
Q. Okay. That's right, because you were --
A. In that --
Q. That was still your station.
A. Yes. He knew one of my waitresses, and he had come into that area, into our dining area while he was downstairs at the downstairs bar to speak with her.
Q. Do you remember approximately what time that was?
A. It wasn't long after he had arrived. I don't --. Once I'm working I don't really keep track of the time; I just know pretty much when I come in and when I'm about to leave. And I remember him being down there. It was, it was still fairly busy, so it wasn't that late on in the night he had come down to speak with her. And our, my section was actually still very busy.
Q. Okay. So do you remember if there was a cocktail hour or something before the festivities started upstairs?
A. I don't know how they run the banquets. I don't --. It depends on how the party picked it,

had seen him coming down the steps. I saw him once during my shift.

Q. Okay. And how long was he there, if you remember, downstairs?

A. Maybe about 15 minutes I saw him down there. He was talking with a few of the people --. I think he knew a few of the wait staff, a few members of our wait staff; I'm not sure how many he knew. But I saw him conversing with a few people. I don't know if he was just a very friendly guy and he was conversing with whoever had passed his path or if he knew them like personally as a friend.

Q. Did he have a drink in his hand?

A. Yes.

Q. Do you remember what that drink was?

A. I don't know. I was not --. I didn't serve it or anything. I know it was an alcoholic drink because of the differences in our glasses, and it was a shorter drink which meant --

Q. Okay. Sort of like a rocks glass?

A. Yes.

Q. Okay. And did you see him leave?

A. I did not see him go back up the steps. But I do know he eventually at one part of that night went back up the steps after I had seen him.

there a lot. I, I remember seeing him walk off. I'm not sure what happened after him walking off, but I was just in the vicinity of, "Zelia, I need you," and he kind of walked off.

Q. Was he --. Did he appear to be at that bar area with anyone else?

A. Not that I --

Q. If you remember.

A. Not that I remember. I do remember seeing a gentleman on his side, but I don't know if he was there with him or if the gentleman was standing --. Like, I don't know what their relationship was while they were at that bar.

Q. And you said you observed him with an alcoholic drink at that time.

A. Yes.

Q. And you could tell that because of the type of glass.

A. Yes.

Q. And I take it from your observation it was not a wine glass; is that correct?

A. It was not a wine glass.

Q. And it wouldn't have been a glass that one would be served beer in.

A. No. We mainly served our beer in tall glasses,

and the glass he had was a shorter type of on-the-rocks glass.

Q. So it appeared to be a glass that would have had a mixed drink in it, or --

A. Some --. It's usually not a mixed drink unless it's like something with tonic. They usually don't put it in that small. It would have been something either on the rocks or like a tonic, with like a tonic or a twist to it or something.

Q. And did you observe him have more than one drink at that time, or do you remember?

A. I just saw him with that one glass. I don't know.

Q. At any point that night was there anything about his actions that appeared to you that he was under the influence of alcohol or intoxicated?

A. I mean, he didn't appear like drunk or under the intoxication or anything like that. I mean, he --. I did see him with the drink, so I do know he was drinking something.

Q. That's fine. That's fine.

A. But he never like appeared to like be really loud or really --. I don't know how to describe how he'd act. But he pretty much seemed like a very professional type of man at that point I had seen him.