# EXHIBIT 9

April 11, 2006

Phillips & D'Sloisio
Attorneys at Law
91 Friendship Street
Providence, RI 02903

RE: 215 Water Street
Warren, RI

Dear Paul,

I have attached my resume for your review and consideration. In summary, I have over 25 years of experience in the Rhode Island and New England construction market. I have estimated and constructed well over $ 750,000,000 of in place construction value in this time. I have experience in large scale residential, commercial and advanced technology projects.

It is my opinion to a reasonable degree of certainty that the cost to construct the 1990 - 1991 addition along with the exterior renovations to the Wharf Tavern exceeded 50% of the replacement cost of the existing structure.

To formulate this opinion, I have used nationally recognized industry standards for in place construction costs. It is my calculation that the cost of the addition, adjusted for 1990,1991 time frame, would have been $ 93.21 per square foot. The 'heated building' addition of 3,561 would have cost $ 331,918. Other construction completed on this project appear to be the addition of a wrap around deck on marine piles estimated at $ 30.15 per sf or $19,153, re-siding of the existing structure including removal of existing materials estimated at $7.36 per sf or $28,777, re-shingling the existing structure including removal of existing shingles estimated at $ 1.87 per sf or $ 10,262 and the expansion of the second floor and the addition of 3 wood dormers and windows which is estimated at $32,624. These supplemental construction activities added to the base cost of the addition make the total project cost $422,736.

The estimated value of the building is calculated using the existing total square footage of the building (11,478) less the 1991 addition (3,561) yielding an original building size of 7,917. Using the same square foot construction cost as above ($93.21) the total replacement cost of the existing building would have been $ 737,944. Simple division, addition project costs divided by replacement cost, equals a 57.3% ratio.

The information we were provided for this calculation is as follows:

1. Sketches 1, 2, 3 and 4 of "Proposed Addition" developed by The Providence Partnership with unknown dates
2. Sketch of "Proposed Restaurant Addition" stamped by P.E. V.A. Nacci

3. Commercial Property Card from the Town of Warren on 215 Water Street
4. Building Permit Application dated 1/10/06 for Owner Wharf Tavern
5. A site visit to the existing building

Should you require a more detailed estimate, please feel free to contact us.

If you have any questions, please do not hesitate to contact us.

Sincerely yours,

Raymond Keough
President

July 6, 2006

Phillips & D'Aloisio
Attorneys at Law
91 Friendship Street
Providence, RI 02903

RE: 215 Water Street
Warren, RI
Amended Report

Dear Paul,

On this date, I did review additional information provided to me by your office. This included the following:

- US District Court for the District of Rhode Island, C.A. No. 05-150 S "Defendant New Wharf Tavern, Inc.'s Expert Disclosure"
- OSEA letter addressed to yourself date April 12, 2006

After reviewing this information, I offer the following amendments to my report of April 13, 2006:

1. At this point, there exists no definitive scaled plans depicting the work performed during the 1989 - 1991 addition. There are several pieces of information from which to base the actual size of the 'heated' addition done during this time period; the building permit which states the size as 3,561 sq, ft., sketches created by The Providence Partnership which contain no scale nor clear data on the size, the sketch stamped by Professional Engineer V.A. Nacci depicting an addition of +/- 4,500 sf. ft., and the Commercial Property Card from the Town of Warren which depicts the as-built addition dimension(s) to be 98' x 55'. Based on my review of this information, the most reasonable assertion of the actual size of the addition would be the Commercial Property Card issued by the Town of Warren. This information would have been determined by a field visit to the building by a Town appointed representative after the addition was completed to measure the actual size of the building(s) (to be used to determine the property value and thus the tax basis). This card indicates that on July 19th, 2005, the actual footprint of the addition completed in 1991 is 98' x 55' or 5,390 sq. ft.

Therefore, I offer the following calculations which I believe to be reasonable determinations of the values of the both the addition and the existing building:

| | |
|---|---|
| 1. Building addition without decking | $ 112.14 psf (per square foot) |
| 2. Less wall finishes | $ 1.40 |
| 3. Less plumbing cost | $ 8.07 |
| 4. HVAC costs | $ 28.85 |

| | |
|---|---|
| 5. Less electrical cost | $ 9.57 |
| Total cost per sf | $ 64.25 |
| Adjusted for 1991 | x .795 |
| Adjusted for geography | x 1.05 |
| Total cost per sf. | $ 53.63 |

If you multiply the addition of 5,390 sf times cost of construction of $53.63, then the cost of the 'heated' addition would have been $ 289,080. The balance of the existing building, per The Commercial Property Card, would be 5,702 square feet. Using this as the cost basis, multiply 5,702 times the cost of all new work at the time ($ 93.61) the replacement value would have been $533,757. Based on this calculation, the cost of the addition, in 1991 dollars, exceeded 50% (54%) of the replacement cost of the existing structure. It should also be noted that additional work appears to have been done during this construction phase. A three gabled dormer was installed over the new addition, new siding and trim installed over the existing building, a new roof installed over the existing addition plus the cost(s) of the new wrap around deck with marine pilings at the new addition. In my previous review, these costs would have added another $90,816 to the cost of the addition. If these costs are included into the addition calculation, the relative percentage would increase to 71% of replacement costs.

If you have any questions, please do not hesitate to contact me.

Sincerely yours,

Raymond Keough

Raymond Keough
President