# EXHIBIT 10

Q. Could you --. Well, --
A. This is not to scale. It's just --
Q. I understand.
A. This line is the line of the addition, at least part of it. I'm not sure all was the addition; part of this might have been preexisting.

MR. PHILLIPS: Really, it would save time if I could copy this.

MR. DOLAN: Go ahead.

MR. PHILLIPS: Thank you.

(Brief pause.)

MR. PHILLIPS: Okay. Let's mark this.

**PLAINTIFF'S HARKNESS EXHIBIT 6 FOR I.D.: Diagram of premises.**

BY MR. PHILLIPS: (Continuing)

Q. Mr. Harkness, we've just marked this diagram as Plaintiff's Exhibit 6. Okay? Let me ask you a question. Could you just draw for me with this pen, according to the measurements that were taken, where the addition would be located. And I don't mean where, I mean what outline, what, according to your measurements, or these measurements, what would consist, what would the addition consist of.

MR. DOLAN: Objection.

A. I'm not --. There's a line in here which I'm not sure of --

Q. Where?

A. -- someplace inside. This is a one-story, this portion is a one-story portion which sticks out from the two-story portion of the building. Okay? I don't remember if all of it was part of the addition or whether, or whether only a part of it was and there was some work that was not part of that.

Q. Do you remember two support beams in this area right here where I'm pointing to?

A. No. I'd have to go back and sort of look through my file.

Q. Is it fair to say that the existing building now joins the addition?

A. Yes, it does.

Q. Okay. And is it fair to say that to do that you'd have to knock down a wall?

A. You probably would have to.

Q. All right. And it would be prudent to put two support beams in when you're knocking down a wall; correct?

A. Yes.

Q. Okay. So as we sit here today you don't really

know whether the addition or the additions or alterations that were made extended -- and you said there was a line here perhaps -- extended to this point here where it looks like you have -- I don't know what that is.
A. That's a 26.
Q. That's what I thought it was. Is it fair to say that you don't know whether the addition or what would be considered the addition would extend to here or not?
A. Not precisely at this point without -- no, I couldn't tell you right now.
MR. PHILLIPS: Okay. No more questions. Thank you.
MR. DOLAN: Now, just for the record, I'm going to take the original file. You said you want a copy of it all.
MR. PHILLIPS: Yes. Would you do that for me?
MR. DOLAN: Yes. And I'll take the original Exhibit 2, and we'll agree that I'm going to retain for all times the original of Exhibit 2.
MR. PHILLIPS: Absolutely.
MR. DOLAN: But I am going to send to counsel a copy of Exhibit 2.