# EXHIBIT 11

Page 22

existing building, it looks like during the construction they added a three-gable dormer in addition to the existing structure on top of the addition. It references, you know, concrete piles. It's kind of vague.

Q: But again, just so I'm clear, the construction work referenced in the building permit application on January 10, '86, it's your understanding that that work was performed?

A: Yes, I believe this is the addition that is in question that was constructed, yes.

Q: So it's your understanding that the construction referenced in the building permit application of 1/10/86 that we've looked at constitutes the addition that was built, correct?

A: Yes.

Q: And the construction work referenced in the Nacci document, sitting here today you don't know whether or not that work was actually done, correct?

A: I don't know how that applies. I do have a copy of it. It does seem to reference the same building. It does mention a new addition, so.

Q: Now, continuing on with your report of April 11, 2006, it says, "Other construction completed on this project," and by that do I conclude that

Page 23

you're referring to the 1990-1991 addition?

A: I believe it is my contention that even though this permit was pulled, back here, this permit is actually for the construction that occurred during that time frame, so.

Q: I appreciate that. That really wasn't my question.

A: Okay. I'm sorry.

Q: I guess I'm just trying to confirm your phraseology.

A: Yup.

Q: You say, "Other construction completed on this project." And by that are you referring to the 1990-1991 addition with that terminology?

A: It's my understanding that it was all done at the same time.

Q: Okay. And you say here, "Other construction completed on this project appeared to be the addition of a wrap around deck on marine piles."

A: Yes.

Q: What information do you have in support of the proposition that a wrap around deck on marine piles was constructed at or about the same time as the three-sided addition that we're talking about?

A: In terms of a time frame, I don't have any scheduling information. None was provided to me.

Page 24

I am assuming that all of the construction that I saw, the new construction that I saw, was all done at the same time. I'm not aware of additional permits that were pulled to do beyond doing this work. This permit here references that a deck was added, so when I referred to the cost of construction of the heated building, this permit references 3,561 square feet to an existing restaurant as well as a 6 X 14-foot wide square foot walkway, deck walkway. So I'm assuming that when this work was done, the walkway was put on as well. The phraseology in my report talks to the way I estimated the job, I came up with a dollar value for the building itself, there was additional work, i.e., the deck was put around the side. So I was just adding that cost to the overall project.

Q: I understand that and I'm not worried right now about the dollar figure you assigned to that. What I'm trying to determine, and perhaps you answered it — let me try it this way. Is it fair to say that the only information you have in support of the proposition that a wrap around deck on marine piles was constructed at or about the time of the three-sided addition that we're discussing is the building permit of January 10, '86?

Page 25

A: Yes.

Q: How did you arrive at the square foot figure of $30.15 for a wrap around deck on marine piles?

A: I referred to RS Means again. I referred to page 60 for — I don't have that data. I have referenced page 60 in my notes, but it's not correct so I have to go back and see how I came up with that.

Q: Going back to the prior page we looked at, could you tell me how you made the time frame adjustment to 1990-1991?

A: On page 440 of the book there is a adjustment, historical cost adjustment, that takes it back to the year that it was constructed. And I used — let me see if that's correct here. This is the adjustment for the year 1990. The value is 120.9. I adjusted it to 1991 when the work was completed of 96. The math states that you take this number, 96.1, divide it by 120.9, and I come up with a cost factor of .795. You multiply that by the current cost based on these square foot numbers in the book, and it discounts the value back to 1991 when the work was completed. So I adjusted the square foot cost in that by that amount.

Q: Now, continuing on, you have "Re-siding of the

Page 30

Q: All right. Okay. I got another report authored by you.
A: What do you want me to do with this?
Q: Leave it out. — another report that I got today we'll mark Exhibit C. That's the copy. Here's the report we're going to mark C.
(WHEREUPON A COPY OF A REPORT DATED JULY 6, 2006, TO PHILLIPS & D'ALOISIO FROM RAYMOND KEOUGH WAS RECEIVED AND MARKED AS DEFENDANT'S EXHIBIT C FOR IDENTIFICATION.)
Q: Now, you authored another report yesterday, I guess.
A: Yes.
Q: And this report would indicate that following the issuance of your April 11, 2006 report you reviewed additional information, correct?
A: Yes.
Q: Including a document entitled "Defendant New Wharf Tavern, Inc.'s Expert Disclosure."
A: Yes.
Q: And the report of OSEA.
A: This one.
Q: Right. The report of OSEA, this is a second report?
A: This is dated April 12, 2006.

Page 31

Q: All right. Now, this report indicates that, "After reviewing this information I offer the following amendments to my report of April 13, 2006." There's 1, "At this point, there exists no definitive scaled plans depicting the work performed during the 1989—1991 addition." Did I read that correctly?
A: Yes, you did.
Q: What information were you provided between your report of April 13, 2006 — it's actually April 11th — your report of April 11, 2006 and this report of July 6, 2006 which led you to conclude that there are no definitive scale plans depicting the addition?
A: Nothing had changed. I didn't receive — at the time I wrote the first report I had the same documents. At that time there were no definitive plans, or at least not afforded to me, of exactly how the addition was constructed. I had some sketches, some elevations, a building permit application that said that they were going to put a 3,561 square foot addition on, I based my initial report on that value. There seemed to be a discrepancy between OSEA thought the first-floor addition was significantly larger than 3,561 square

Page 32

feet, so we investigated why he thought that.
Q: Who is "we"?
A: I met with Paul last night. He called me to go through and prepare for the deposition.
Q: What investigation did you do last night?
A: We were reading through this report last night, and he said, "Ray, why is your value of April different than OSEA'S value?" And we went through it and we looked at the sketches we were provided. I showed Paul that my math was done based on the notes on this building permit dated 1/10/86, and we looked at the tax roll records. And the square footage of the addition, of what appears to be the actual addition built, appears to be significantly bigger, based on the tax roll records, than what was written on the building permit.
Q: When you were just referencing that, are you referring to the square footage figure of 5,390 square feet referenced in the OSEA April 12, 2006 report?
A: Yes.
Q: And you inquired, at least with respect to yourself, as to why that number would significantly differ from the 3,561 square foot addition referenced in your April 11 report?

Page 33

A: Yes.
Q: Do you know where OSEA came up with this 5,390 square feet?
A: I believe I do.
Q: What is your belief in that regard?
A: They used the tax roll records that showed the addition to the building to be 98 feet by 55 feet.
Q: And your understanding is that that math comes up to 5,390?
A: Yes, it does, because I did it out.
Q: Do you know of any construction estimator that would use a tax roll record like that to perform a cost estimate for construction?
A: There's very little data, accurate data, provided to perform any estimate on this building.
Q: No. No. My question —
MR. DOLAN: Could you read back the question, please.
(The stenographer read back the last question.)
A: Based on the limited information available to me, it is not unreasonable for an estimator to use a square foot price to estimate the cost of a building.
Q: Oh, sure. But my question is, do you know — strike that. Is it your belief that it is