# EXHIBIT 12

building permit or you don't know? Want me to show you that again?
A. Yeah.
Q. Okay. This building permit application dated January 25th, 1994, description of work to be performed says renovate dining room and lounge area, new walls and floor in kitchen, renovate ladies' room, first floor. Is that when the new cocktail lounge went up?
A. No.
Q. So is it fair to say that there was a cocktail lounge there before 1994 but it was just renovated?
A. I don't know.
Q. You don't know?
A. I really don't.
Q. Okay. Now, from what I remember, is the banquet facility that's on the second floor, is that the only structure that is two stories high?
A. Yes.
Q. So at some point, the cocktail lounge downstairs, as you go into the left, that wasn't in the original existing building, let's say as of 1986, correct?
A. Correct.

Q. Okay. And so you would have had information at that time as to whether any improvements were made to the building?
A. Yes.
Q. Are you aware of any improvements that were made to the building between 1986 and 1991?
A. There was a base that was built. People call it a deck, but it's actually a base. It's like a dock that was added.
Q. To your knowledge, that's the only alteration that was made to the building?
A. Yes, it was.
Q. Are you aware of any alterations to the building made after 1991?
MR. DOLAN: I object to the phrase alterations of the building. He said a base, a dock.
MR. PHILLIPS: Well, that's a phrase that means you have an existing building and you make alterations to it. Very simple.
Q. Any type of alterations --
A. There was an addition built.
Q. When was that built?
A. Could have been around 1991.
Q. Were there other alterations made to that building

constructed after 1986?

MR. DOLAN: That lounge shown on Exhibit 2?

MR. PHILLIPS: Yes.

MR. DOLAN: Or a lounge?

MR. PHILLIPS: Well, that lounge.

MR. DOLAN: I object.

Q. Let me ask you some --

A. Assuming that what you're showing me --

Q. Let me ask you a simple question. Where was the lounge, before the addition you talked about, where was that lounge, if this is the existing building?

A. This is the old bar right here. You had to go -- this was the whole restaurant. You walked in here.

Q. Okay.

A. And you went across, and the old bar was right there, which is now a dining area.

Q. This didn't exist at all?

A. Exactly.

Q. Where on this document I just showed you, Exhibit 2, where it says lounge --

A. Yes.

Q. -- is that where the new cocktail lounge is today?