# EXHIBIT 13

NUMERICAL CODE 34 PERMIT NO. 6647

APPLICATION DATE 1-10-86 CENSUS TRACT 301 FEE RECEIVED 6/600.00 BY JMJ

## I. IMPORTANT: PLEASE PRINT — APPLICANT TO COMPLETE ALL ITEMS

1. STREET LOCATION Water Street
2. ZONING DISTRICT Waterfront
3. PLAT/MAP 4
4. LOT/BLOCK 1 & 3
5. FILE/PARCEL
6. AREA
7. FIRE DISTRICT NO. (0 or 1)
8. USE OF STRUCTURE: PREVIOUS Restaurant PROPOSED Restaurant
9. OWNER Wharf Tavern, Inc. ADDRESS 215 Water St. TEL. NO 245-5043
10. CONTRACTOR (0 or 1*) Unknown ADDRESS TEL. NO.
11. ARCH. OR ENG. Providence Partnership ADDRESS 1 Charles St. Prov.RI TEL. NO 272-2554
12. RHODE ISLAND REG. NO. 521
13. Stamped Prints (Circle One) Yes No
14. Certificate of Occupancy Required Yes No
15. DESCRIPTION OF WORK TO BE PERFORMED Construct & maintain a 42' X 94 ± ' addition(less cutouts) of approx. 3561 square feet to the existing restaurant as well as a wooden deck walkway varing in dimension from 6' wide to 14' wide total square footage of approx. 4322 sq. ft.

16. USE OF EACH FLOOR

| | |
|---|---|
| BSMT. | |
| 1st | Restaurant |
| 2nd | Office |
| 3rd | |
| Other | |

## II. TYPE AND COST OF BUILDING — PLEASE CHECK APPROPRIATE ITEMS AND ENTER REQUESTED DATA

### A. TYPE OF IMPROVEMENT

1. ___ NEW STRUCTURE
2. X ADDITION TO STRUCTURE
3. ___ INSTALLATION
4. ___ RECONSTRUCTION
5. ___ REPLACEMENT
6. ___ FOUNDATION ONLY

### B. OWNERSHIP

PUBLIC
1. ___ STATE
2. ___ CITY OR TOWN
3. ___ OTHER, SPECIFY

PRIVATE
4. X TAXABLE
5. ___ TAX EXEMPT

### C. ESTIMATED COST MATERIAL AND LABOR

1. STRUCTURAL $ 200,000.00
TO BE INSTALLED BUT NOT INCLUDED IN THE ABOVE COST
2. ELECTRICAL $ .00
3. PLUMBING OR PIPING $ .00
4. HEATING, AIR COND. $ .00
5. OTHER, ELEVATOR, ETC. $ .00
TOTAL COST $ .00

### D. PROPOSED USE RESIDENTIAL

1. ___ R-1 MOTEL, HOTEL
2. ___ R-2 MULTI-FAMILY
3. ___ R-3 One and Two Family Attached
4. ___ R-4 One and Two Family Detached
5. ___ GARAGE
6. ___ CARPORT
7. ___ MOBILE HOME
8. ___ SWIMMING POOL
9. ___ FENCES
10. ___ SIGNS
11. ___ FIREPLACE
12. ___ OTHER, SPECIFY

### E. PROPOSED USE NON-RESIDENTIAL

1. ___ A-1-A THEATRES W/STAGE
2. ___ A-1-B THEATRES W/O STAGE
3. ___ A-2 NIGHT CLUBS
4. X A-3 RESTAURANTS
5. ___ A-4 CHURCHES
6. ___ A-5 STADIUMS
7. ___ B BUSINESS
8. ___ E EDUCATIONAL
9. ___ F-1 FACTORY (MOD. HAZ.)
10. ___ F-2 FACTORY (LOW HAZ.)
11. ___ H HIGH HAZARD
12. ___ I-1 INSTITUTIONAL GROUP HOME
13. ___ I-2 INSTITUTIONAL INCAPACITATED
14. ___ I-3 INSTITUTIONAL RESTRAINED
15. ___ M MERCANTILE
16. ___ S-1 STORAGE MODERATE
17. ___ S-2 STORAGE LOW
18. ___ SWIMMING POOL
19. ___ FENCES
20. ___ SIGNS
21. ___ OTHER SPECIFY

### F. RESIDENTIAL

(COMPLETE FOR NEW BUILDINGS, AND RECONSTRUCTION)

SINGLE FAMILY
1. ___ TOTAL SINGLE FAMILY UNITS
2. ___ TOTAL NO. OF BEDROOMS

TOTAL NO. OF BATHROOMS 3. ___ Full 4. ___ Half

MULTI-FAMILY
5. ___ TOTAL NO. OF KITCHENS

TOTAL NO. OF BATHROOMS 6. ___ Full 7. ___ Half

TOTAL NO. OF APARTMENTS BY NO. OF BEDROOMS
8. Effic. ___ 9. 1 ___ 10. 2 ___
11. 3 ___ 12. 4 ___ 13. 5 ___
14. ___ MORE, Please Specify
15. ___ TOTAL NUMBER OF BUILDINGS IN PROJECT.

### G. FOUNDATION SETS BACK FROM PROPERTY LINES

FRONT ___ ft., ___ in.
REAR ___ ft., ___ in.
LEFT SIDE ___ ft., ___ in.
RIGHT SIDE ___ ft., ___ in.

### H. DIMENSIONS

1. No. of Stories 2
2. Basement: Yes ___ No X
3. Height of Construction Ft. ___ MAX. WIDTH ___ MAX. DEPTH ___
4. Total Floor Area Sq. Ft. w/o Basement ___

### I. PRINCIPAL TYPE OF CONSTRUCTION (CONSTRUCTION CLASS (Check One))

1. 1A ___
2. 1B ___
3. 2A ___
4. 2B ___
5. 2C ___
6. 3A ___
7. 3B ___
8. 4 ___
9. 5A ___
10. 5B ___

### J. FLOOD HAZARD AREA - 1. YES 2. NO

Elev. (MSL) of lowest floor incl. basement 8.7 ± '

Elev. (MSL) of 100 year flood ___

### K. TYPES OF SEWAGE DISPOSAL

1. X PUBLIC
2. ___ PRIVATE SYSTEM* X
3. ISDS NO. ___ DATE ___

### L. PRINCIPAL TYPE OF HEATING FUEL

1. X GAS
2. ___ ELECTRICITY
3. ___ OIL
4. ___ COAL
5. ___ SOLAR
6. ___ OTHER

### M. NUMBER OF OFF-STREET PARKING SPACES

ENCLOSED ___
OUTDOORS 92

### N. TYPE OF WATER SUPPLY

1. X PUBLIC
2. ___ PRIVATE SYSTEM
3. ___ INDIVIDUAL, WELL

### O. EQUIPMENT*

1. INCINERATOR ___
2. ELEVATOR ___ (Enter Number)

### P. TYPE OF MECHANICAL AND AIR CONDITIONING

1. X Central-Electric
2. X Central-Gas
3. ___ Individual RM. A/C
4. ___ Oil
5. ___ Heat Pump
6. ___ Solar Hot Water
7. ___ Solar Heat
8. ___ Other

I hereby certify that I have the authority to make the foregoing application, that the application is correct, and that the owner of this building and the undersigned agree to conform to all applicable codes and ordinances of this jurisdiction.

IN-STATE CONTRACTOR = 0
OUT-OF-STATE CONTRACTOR = 1

*STATE APPROVAL REQUIRED. SEE BACK OF FORM FOR INFORMATION.

TEL. NO. ___ APPLICANT'S SIGNATURE ___

FOR ___

20649