# EXHIBIT 14

Received
1-14-75

WHARF TAVERN INC.
Water Street
Warren, R.I. 02885

INSPECTED BY: Deputy Fire Marshal Stanley Davies, in conjunction with Chief John Connelly, Warren Fire Dept., and Building Insp. John Jannitto.

DATE OF INSPECTION: December 23, 1974

INSPECTED UNDER CHAPTER 23-28.6, Places of Assembly.

Construction: (2) story Wood-frame

The following deficiencies pertain to the R.I. Fire Safety Code.

Any violation, deficiency, or requirements which may have been overlooked in the course of this inspection are also subject to correction under the provisions of any applicable code.

No two (2) approved means of egress from each level.
State Code 23-28.6-6 Sec. A

Outside egress passageway not approved.

State Code 23-28.6-7 Sec. D & F.

Main Stairway not enclosed.

State Code 23-28.6-8 Sec. A.

Stairway exiting into kitchen not approved. Dumbwaiter shaft and attic opening not approved.

State Code 23-28.6-7 Sec. G
State Code 23-28.6-8 Sec. A

Side wall egress door second story not 36" and exits to an improper walk and outside stairway.

State Code 23-28.6-7 Sec. C and 23-28.8

Doors separating kitchen and other rooms from the place of Assembly are hollow core.

State Code 23-28.6-9 Sec. B and C.

Egress doors from kitchen and second floor rear have screen doors that open against the path of egress.

State Code 23-28.6-9 Sec. A.

Wharf Tavern Inc.
Water Street
Warren, R.I. 02885



Glass area between kitchen and place of assembly not approved.

State Code 23-28.6-8 Sec. A

All proper egress doors lack panic hardware.

State Code 23-28.6-9 Sec. E.

No approved exit signs.

State Code 23-28.6-12

No approved emergency lighting.

State Code 23-28.6-13

Standby Generator not properly installed:

State Code 23-28.6-13 Sec. I

Some extinguishers not properly hung.

State Code 23-28.6-14

Flamespread rating of curtains, netting and draperies questionable.

State Code 23-28.6-15 Sec. A

Flamespread rating of interior finish questionable.

State Code 23-28.6-15 Sec. B

Boiler room not enclosed.

State Code 23-28.9-2

Boiler room has louvered door

State Code 23-28.9-3

Boiler lacks fireomatic switch and remote auxilary switch.

State Code 23-28.9-5 Sec. E.

Alarm device lacking over cooking appliances.

State Code 23-28.9-11 Sec. B

WHARF TAVERN INC.
Water Street
Warren, R.I. 02885

(Pg. 3)

Wiring on Xmas candles frayed and not wired correctly.
Some Romex wiring in building, not wired to code requirements.

State Code 23-28.1-7

This building has been posted for a total of 188 patrons.

Stanley Davis
Deputy Fire Marshal

cc: Management
Fire Chief
Bldg. Insp
File