# EXHIBIT 15

A Oh, God. I don't know. Three or four weeks ago.
Q How often have you spoken with Mr. Phillips?
A Not very often. I talked to him in the beginning, you know, a couple years ago and then I've talked to him maybe three times since then. I can't recollect exactly when I talked to him but I didn't talk to him that much.
Q Did Mr. Noonan appear intoxicated to you at all that evening?
A To me he didn't seem that bad but he'd had a couple of drinks.
Q Well, did you see him have more than one drink?
A Oh, yeah.
Q Well, how many drinks did you have -- strike that.
How many drinks did you observe him consume that night?
A I haven't got the foggiest idea. I don't ---
Q What's your best estimate?
A Oh, he had three or four anyway.
Q So if Mr. Noonan testified at deposition -- you are aware that Mr. Noonan has given a deposition?
A I understand that. He did in it December.

Q Okay. Did they send you the deposition transcript?
A No, they did not.
Q But they told you what he said?
A No.
Q Is it your testimony that during these phone calls with Mr. Phillips at no time has anyone explained to you what Mr. Noonan testified to during his deposition?
A That is correct.
Q In any event, if Mr. Noonan testified at deposition that he only had one glass of wine that evening, that would be inconsistent with your recollection?
A That would be damn sure.
Q That would be damn sure what?
A You're right.
Q Damn sure inconsistent with your recollection?
A Yes.
Q All right. How were you dressed that evening, sir?
A Jesus, what was I wearing. Probably coat and tie.
Q Was Mr. Noonan with anyone at the time he was descending the stairs?
A Not to my recollection. I mean, there were

event.
Q And by a typical Jesters event you mean that there is drinking at those events?
A Oh, yes. That's why our wives drove us.
Q Because it wouldn't have been -- strike that. Your wife -- what is the reason that your wives would drive you there?
A Just to make it a safe evening for us both.
Q And that includes driving you home, too?
A That is correct.
Q Okay. When making observations of Gordon Noonan that evening, at any point did he mention that he would drive home?
A That he would drive home?
Q Yes.
A No, he never did.
Q Okay. Is that a good idea that he would not drive home?
MR. DOLAN: Objection.
Q I'm sorry?
A Excellent idea.
Q Based upon your observations, would you say that he was, by the time he left, in a condition to drive home?
A No.

MR. DOLAN: Objection.
Q I'm sorry, what was your answer? What was your answer, Mr. Eddy?
A No.
Q And that would be based upon the observations you made of him in the evening?
A Exactly, and I wouldn't have driven home either.
Q Okay. Now, did you and Mr. Noonan leave the event early or would you say when other people started to leave?
A I would say it was about the same time other people were starting to leave.
Q Okay. And did you know at that time that your wife and Mr. Noonan's wife were waiting for both of you?
A I assumed they were there because they planned -- they went to the movies and they were coming back and they were going to have a cup of chowder and a glass of wine at the bar and they figured they'd be back around 9 o'clock, so that's why, you know, I said to Gordon, let's get out of here.
Q Okay. What is -- you had mentioned -- strike that. You had mentioned to Mr. Dolan that you really -- although you had been to the Wharf Tavern many times, you hadn't been upstairs before; is ---
A No, no, no. No, I've been there plenty of

times.

Q Had you been to the upstairs facility many times?

A Oh, yeah.

Q Okay.

A My father put up the money for the original Wharf Tavern.

Q And what year was that?

A Oh, 1950-something.

Q Okay. Do you remember what those stairs looked like at all as we sit here today? And I'm talking about the stairs that lead up to the second floor.

A Yeah, they're very wide and the railings sucked, and it was narrow going up the second flight of stairs compared to the first set.

MR. DOLAN: Move to strike.

Q Okay. So what you're saying is the stairs -- I don't want to put words in your mouth -- are you saying that there are -- the stairs have two widths to them as you go up or down the stairs, as you remember?

MR. DOLAN: Objection.

A The first set of stairs is very wide. The second, as you land -- get to the landing and you turn to go up the second set, they're more of a normal set of stairs. They're narrower.

Q Okay. And those set of stairs lead -- are the set of stairs right after you make a right-hand turn; is that correct?
A That is correct, going up.
Q Okay. Okay. Do you remember anything about -- I'm talking the main set of stairs -- do you remember anything about what the railings might look like on the set of stairs going straight down into the first floor?
A Yeah, you know, they split but, to me, they were unsafe. I mean, most of the time you go down a set of stairs you can put your hands -- both hands on railings, but that set of stairs you can't do it. If you're uncoordinated or had too much or whatever, it's easy for somebody to take a dump.
MR. DOLAN: Move to strike.
Q And that's from what you remember -- your experience going down the stairs?
A Oh, yeah. I never liked them.
MR. DOLAN: Move to strike.
Q Were you -- when you were behind Mr. Noonan, Mr. Eddy, that night, had you already taken the turn, the very first turn at the top of the stairs when you were behind Mr. Noonan?
A No, he had taken it prior to me.