# EXHIBIT 16

(3)

# WHARF TAVERN INC.

215 Water Street
WARREN, RHODE ISLAND 02885
(401) 245-5043

SOLD BY

DATE October 17 2003

NAME Jesters

ADDRESS

PHONE 723-4435

TOWN/CITY Guy Henery

STATE

ZIP

☐ CASH ☐ CHARGE ☐ DEPOSIT
☐ CHECK ☐ HOUSE CHARGE ☐ PD. ON ACCT.

| QUAN. | | DESCRIPTION | PRICE | AMOUNT | |
|---|---|---|---|---|---|
| 3 | 1 | Chicken Cordon Bleu | 18.95 | 56 | 85 |
| 11 | 2 | Baked Stuffed Shrimp | 19.95 | 219 | 45 |
| 16 | 3 | Prime Rib | 22.95 | 367 | 20 |
| 3 | 4 | Mixed Trays | 70.00 | 210 | 00 |
| 1 | 5 | Breaded Ravioli | 60.00 | 60 | 00 |
| | 6 | Open Bar | | 886 | 00 |
| | 7 | | | 1799 | 50 |
| | 8 | 18% | | 323 | 91 |
| | 9 | | | 2123 | 41 |
| | 10 | 1% Local | | 21 | 23 |
| | 11 | 7% | | 148 | 63 |
| | 12 | | | | |
| | 13 | | | 2293 | 27 |
| | 14 | | | | |
| | 15 | | | | |
| | 16 | | | 2293 | 27 |

Paid #2402

TOTAL

RECEIVED BY [signature] (Ellen Bartender 100.00 for

Thank You

2393 27

ROYAL ORDER of JESTERS

☆ ☆ PROVIDENCE COURT NO. 71 ☆ ☆

ARTHUR F. CHAPMAN
*DIRECTOR*
57 RIVER VUE AVENUE
WARWICK, RI 02889
TEL: 401-739-5736
EMAIL: ACHAPMANSR@AOL.COM

GUY N. HENRY, P. D.
*IMPRESARIO*
7 MUSKET ROAD
LINCOLN, RI 02865
TEL: 401-723-4435
FAX: 401-724-9909
EMAIL: GHENRY6613@AOL.COM

# DINNER ON THE WATERFRONT

| | |
|---|---|
| WHERE: | WHARF TAVERN, 215 WATER ST. WARREN, RI<br>TEL. NO. 245-5043 |
| WHEN: | OCTOBER 17, 2003 |
| TIME: | 6:13 P.M.- COCKTAILS AND APPETIZERS<br>7:30 P.M. MEETING<br>7:45 P.M. DINNER |
| PRICE: | $59.13 |
| DRESS: | COAT, TIE, BERET & NAME BADGE |
| REPLY DATE: | OCTOBER 14, 2003 |

JESTER __________ WILL ATTEND AND ENCLOSED IS A CHECK FOR $59.13.
CHOICES FOR DINNER:- CHICKEN CORDON BLEU _____; BAKED STUFFED SHRIMP _____; PEPPER CRUSTED PRIME RIB _____.

DON'T FORGET BILLIKEN CLUB LUNCHEON AT SHRINE CLUB ON OCTOBER 2, 2003

EXHIBIT A