# EXHIBIT 17

89 Redwood Drive
Cranston, RI 02920-5914

S.T.O.P.
SERVER TRAINING ON PREMISE

Frank J. Faubert

Tel: 401.943.5454
Fax: 401.946.4121

September 26, 2003

Dear Owner / Manager:

This letter is confirmation that the individual(s) listed below have/has successfully completed a S.T.O.P. training course. Certification is valid for three years from the class date.

Should you have any questions or require further information, please do not hesitate to call.

Frank J. Faubert

Frank J. Faubert, President

**Place of Employment:** New Wharf Tavern

**Class Date:** 9/25/2003

**Expiration Date:** 9/25/2006

**Workshop Location:** New Wharf Tavern

**Names:**

Delekta, Joshua M.

Driver, Michelle L.

Grossman, William F.

Lord, Benjamin D.

Sardinna, Tammy

Wordell, Michael