# EXHIBIT 18

# Wharf Tavern Liquor and Wine Sales

The careful suggestive selling of liquor cannot be over-emphasized. Always offer a cocktail to the guest, and a second after the guest has finished. However, be very careful not to serve too many cocktails too quickly. We can't stress the importance of your awareness of any potential dangerous situation involving the consumption of alcohol. You must be as responsible as the restaurant for over-consumption. You should rely on your TIPS training course.

Be positive that your guest is no a minor. If there is any doubt in your mind about the age of your guest, ask for an ID. Do not serve anyone you feel is not of age.

Under no circumstances may a minor consume alcohol on the premises. Guests may not buy for their children.

## KNOW YOUR LIQUOR AND WINE LIST

1. Verbal suggestion is the strongest wine selling method.

2. Be confident in your pronunciation and facts about our wine.
   The more confident you are, the easier the sale.
   The easier the sale, the more you sell.
   The more you sell, the more you make.

3. Be sure to offer wine to each table.
   After the guest has made his selection, bring the wine to the table immediately. If the guest asks why you have brought the wine so quickly, you should respond:
   **If red "To allow the wine to breathe"**
   **If white " To have you approve the wine before it is chilled"**

4. When serving red wine, ask the host if he wished the wine to be poured or allowed to breathe.

5. A wine glass should never be completely filled. Table wine glasses are preferably filled 1/3 to 1/2 full. Do not remove wine glasses from table when filling or refilling.

6. Pour the first ounce to the host. Allow the host to taste the wine. When the host acknowledges the wine is acceptable, pour ½ glass for each guest desiring wine. If the host does not taste the wine within a few seconds, pour to the other guests. Always start to the right of the host. Do not forget to serve the host additional wine after serving the guests.

7. Keep in mind, a wine bottle will only pour 4 glasses of wine.

8. Place wine bottle into marble wine presenter.

## Sparkling Wine

1. Sparkling wine should always be served in a chilled glass flute.

2. Remove foil from top only.

3. Pour sparkling wine in two motions. Pour a small amount slowly in the glass. Let foam subside. Fill glass slowly till 1/3 to 1/2 full.

Napkins should not be wrapped around the bottle. Always wipe the bottle when removed from the cooler or ice to prevent any condensation from dripping on anyone.

## SELLING THE MENU

The merchandise you are selling is contained in the menu. Your guests will be assured of your proficiency and know they are in good hands if you are able to answer questions about the menu in a calm, self-assured manner.

If you happen to be stumped by a question, don't get flustered or try to evade the question. Simply say, "I'm sorry, I don't know but will find out."

If there is something you don't know about the product, preparation, or services—**ASK.**