# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GORDON NOONAN and :
NANCY NOONAN :
:
v. :C.A. NO.: 05-150 S
:
NEW WHARF TAVERN, INC. :

COPY

Deposition of **GUY NOEL HENRY**, taken on behalf of Defendant pursuant to the Rhode Island Rules of Civil Procedure, on August 18, 2005, at the offices of Rice Dolan & Kershaw, 170 Westminster Street, Providence, Rhode Island, before Kathleen A. Costello, Registered Professional Reporter and Notary Public, convening at 4:07 p.m.

APPEARANCES:

FRANK C. CORSO, ESQUIRE
Counsel for Plaintiff

Phillips & D'Aloisio
BY: PAUL E. PHILLIPS, ESQUIRE
Counsel for Plaintiff

Rice Dolan & Kershaw
BY: MARK P. DOLAN, ESQUIRE
Counsel for Defendant

David E. Maglio & Associates
BY: DAVID E. MAGLIO, ESQUIRE
Counsel for Defendant

ALSO IN ATTENDANCE:

PAOLO CORSO

REPORTING ASSOCIATES
Shorthand Reporters
10 Dorrance Street, Suite 617
Providence, Rhode Island 02903
(401)351-1660

will, to come to know what it was Mr. Noonan drank as his normal drink, if you will?

MR. CORSO: Objection to form.

Q. Yes?

A. Yes.

Q. What did you observe Mr. Noonan to drink when he'd have an alcohol beverage?

A. Wine.

Q. Red or white?

A. Seemed like it was red.

Q. Okay. And could you, and there was always a cocktail hour when you would observe Mr. Noonan consuming wine that you think was mostly red, would he have that both during the cocktail hour and dinner?

A. I can't really tell you. I mean he didn't drink much, one or two that's the most I've ever seen him have anything, you know what I mean? He would have one at the bar and then he would go around and talk to other people and then sit down. And I never sat with him for dinner so I don't, out of the loop.

Q. Okay. And at the dinner on the night of this incident, do you recall if the table that Mr. Noonan was at was ordering bottles of wine?

A. Absolutely no idea.
Q. Okay. Do you know who was sitting with him at that table that night?
A. I can only guess Stu Eddy was, and other than that no recollection whatsoever.
Q. Was there a group or were there certain people that always sat with Mr. Noonan at meetings?
A. I don't know.
Q. During the time that you saw Mr. Noonan on the evening of the incident, did he exhibit any signs to you that led you to believe that he was intoxicated?
A. None whatsoever.
Q. Had you ever seen Mr. Noonan intoxicated before that night?
MR. CORSO: Objection to form.
A. Not to my knowledge. I mean it's not like I saw him all the time.
Q. I understand.
A. It was a hello and how are you.
Q. Okay. I understand that now, yes. I know you said that he would go around like probably most of the members and talk to people, would you describe Mr. Noonan as an outgoing person, if you will?
A. Yes, but you have to understand he was not in