# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COPY

GORDON NOONAN and
NANCY NOONAN

vs. C.A. No. 05-150S

NEW WHARF TAVERN, INC.

Deposition of **ERICA PACHECO**, a witness, taken on behalf of the Plaintiffs, pursuant to the Federal Rules of Civil Procedure, on Tuesday, November 29, 2005, at the offices of Phillips & D'Aloisio, 91 Friendship Street, Providence, Rhode Island, before Dorothy M. Depointe, Registered Diplomate Reporter and Notary Public, convening at 11:03 a.m.

APPEARANCES:

Phillips & D'Aloisio
BY: PAUL E. PHILLIPS, ESQ.
Counsel for Plaintiffs

Rice, Dolan & Kershaw
BY: MARK P. DOLAN, ESQ.
Counsel for Defendant

David E. Maglio & Associates, PC
BY: Dana Gianquitti, Paralegal
Counsel for Defendant

REPORTING ASSOCIATES
Shorthand Reporters
10 Dorrance Street, Suite 617
Providence, Rhode Island 02903
(401) 351-1660

and the glass he had was a shorter type of on-the-rocks glass.

Q. So it appeared to be a glass that would have had a mixed drink in it, or --

A. Some --. It's usually not a mixed drink unless it's like something with tonic. They usually don't put it in that small. It would have been something either on the rocks or like a tonic, with like a tonic or a twist to it or something.

Q. And did you observe him have more than one drink at that time, or do you remember?

A. I just saw him with that one glass. I don't know.

Q. At any point that night was there anything about his actions that appeared to you that he was under the influence of alcohol or intoxicated?

A. I mean, he didn't appear like drunk or under the intoxication or anything like that. I mean, he --. I did see him with the drink, so I do know he was drinking something.

Q. That's fine. That's fine.

A. But he never like appeared to like be really loud or really --. I don't know how to describe how he'd act. But he pretty much seemed like a very professional type of man at that point I had seen him.