# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COPY

GORDON NOONAN and
NANCY NOONAN

vs. C.A. No. 05-150S

NEW WHARF TAVERN, INC.

Deposition of **WILLIAM PANNONI**, a witness, taken on behalf of the Plaintiffs, pursuant to the Federal Rules of Civil Procedure, on Monday, November 7, 2005, at the offices of Phillips & D'Aloisio, 91 Friendship Street, Providence, Rhode Island, before Dorothy M. Depointe, Registered Diplomate Reporter and Notary Public, convening at 1:12 p.m.

APPEARANCES:

Phillips & D'Aloisio
BY: PAUL E. PHILLIPS, ESQ.
Counsel for Plaintiffs

Law Office of Frank C. Corso
BY: FRANK C. CORSO, ESQ.
Counsel for Plaintiffs

Rice, Dolan & Kershaw
BY: MARK P. DOLAN, ESQ.
Counsel for Defendant

REPORTING ASSOCIATES
Shorthand Reporters
10 Dorrance Street, Suite 617
Providence, Rhode Island 02903
(401) 351-1660

people that were working with you in October of 2003?

A. Yes.

Q. All right. Tell me the names of the people that you recall working with you.

A. Dale Beauregard, who was the chef. There was banquet servers at the time of William Grossman, Holly Grossman. And that's about all I can remember. There was a young lady named Katelyn, but I don't know her last name.

Q. Okay. Is the name Michael Asciola familiar to you?

A. Yes. He's the bartender.

Q. He was the bartender?

A. Uh-huh. (Deponent nods in the affirmative.)

Q. Yes? You have to say "yes."

A. Yes. Sorry.

MR. CORSO: It's one of those rules we --.

Q. Did your responsibilities as the banquet chef involve the service of alcohol?

A. None at all.

Q. So your service was purely food.

A. Purely food.

Q. All right. Did you on October 17th of 2003 have occasion to bring any food upstairs?

A. No, I did not.
Q. All right. Do you as you sit here now have a recollection of how many times you went up to the banquet hall that evening?
A. I went up there twice, and that was before any of the guests had arrived.
Q. Okay. So the only times you were up there were in preparation --
A. Yes.
Q. -- for the guests?
A. Yes.
Q. At any point in time in that evening, from the time you arrived until the time you left, did you speak with anyone that attended that function?
A. After the gentleman had fallen down the stairs, I spoke to two of his friends that were with him. Those were the only people I talked to during that evening that were involved in the party upstairs.
Q. And that was after the fall?
A. That was after the accident, yes.
Q. Did they introduce themselves to you or did you just start casual conversation with them?
A. No, there was no really introduction. It was more of a situation of taking care of the gentleman who had just fallen down the stairs. Yet we weren't