# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COPY

GORDON NOONAN and
NANCY NOONAN

vs. C.A. No. 05-150S

NEW WHARF TAVERN, INC.

Deposition of **JUDITH BETH BRAYTON**, a witness, taken on behalf of the Plaintiffs, pursuant to the Federal Rules of Civil Procedure, on Monday, November 28, 2005, at the offices of Phillips & D'Aloisio, 91 Friendship Street, Providence, Rhode Island, before Dorothy M. Depointe, Registered Diplomate Reporter and Notary Public, convening at 10:17 a.m.

APPEARANCES:

Phillips & D'Aloisio
BY: PAUL E. PHILLIPS, ESQ.
Counsel for Plaintiffs

Law Office of Frank C. Corso
BY: FRANK C. CORSO, ESQ.
Counsel for Plaintiffs

Rice, Dolan & Kershaw
BY: MARK P. DOLAN, ESQ.
Counsel for Defendant

David E. Maglio & Associates, PC
BY: DAVID E. MAGLIO, ESQ.
Counsel for Defendant

IN ATTENDANCE: Allen C. Rivest,
Mountain Valley Indemnity

REPORTING ASSOCIATES
Shorthand Reporters
10 Dorrance Street, Suite 617
Providence, Rhode Island 02903
(401) 351-1660

presently working as a nurse?
A. No.
Q. You hold a nursing license from Rhode Island?
A. Actually, my license has expired.
Q. Was it issued from the State of Rhode Island?
A. Yes.
Q. And did you at some point in time work as a nurse?
A. Yes.
Q. All right. And in this case that we're here regarding, you were identified as someone who observed Gordon Noonan on October 17th of 2003. Are you aware of that?
A. Yes.
Q. All right. Prior to October 17th, 2003, did you know the person by the name of Gordon Noonan?
A. No.
Q. All right. Were you introduced to him on October 17th, 2003?
A. No.
Q. Did you see him at any time before he was injured on October 17th, 2003?
A. No.
Q. So your first observations of him were after some event had occurred?
A. Yes.