# EXHIBIT J

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

C.A. NO. 05-150S

GORDON NOONAN AND
NANCY NOONAN,

Vs.

COPY

NEW WHARF TAVERN, INC.,

---

DEPOSITION of ROGER CROTEAU, taken on behalf of the Plaintiffs, pursuant to the Federal Rules of Civil Procedure, before Kristen M. Bengtson, RPR, Notary Public in and for the State of Rhode Island, at the offices of: Phillips & D'Aloisio, 91 Friendship Street, Providence, Rhode Island, on Tuesday, March 14, 2006, at 2:15 p.m.

APPEARANCES:
Phillips & D'Aloisio
BY: PAUL E. PHILLIPS, ESQUIRE
Counsel for the Plaintiffs

Rice, Dolan & Kershaw
BY: MARK P. DOLAN, ESQUIRE
Counsel for the Defendant

David E. Maglio & Associates, P.C.
BY: KEVIN DeMELLO, ESQUIRE
Counsel for the Defendant

ALSO PRESENT:
JEFFREY SCHRECK, ESQUIRE

REPORTING ASSOCIATES
Shorthand Reporters
10 Dorrance Street
Providence, RI 02903
(401) 351-1660

Q. Okay. And so you would have had information at that time as to whether any improvements were made to the building?
A. Yes.
Q. Are you aware of any improvements that were made to the building between 1986 and 1991?
A. There was a base that was built. People call it a deck, but it's actually a base. It's like a dock that was added.
Q. To your knowledge, that's the only alteration that was made to the building?
A. Yes, it was.
Q. Are you aware of any alterations to the building made after 1991?
MR. DOLAN: I object to the phrase alterations of the building. He said a base, a dock.
MR. PHILLIPS: Well, that's a phrase that means you have an existing building and you make alterations to it. Very simple.
Q. Any type of alterations --
A. There was an addition built.
Q. When was that built?
A. Could have been around 1991.
Q. Were there other alterations made to that building