Paul E. Phillips

Kenneth R. D'Aloisio*

* Admitted in RI & MA

Hon. William E. Smith
UNITED STATES DISTRICT COURT
Room 412
One Exchange Terrace
Providence, Rhode Island 02903

RE: *Gordon Noonan et al. v. New Wharf Tavern*/ C.A. 05-150S

Dear Judge Smith:

I write on behalf of all counsel of record in the above-referenced action. This matter is set down for a Calendar Call on February 20, 2007 with jury empanelment on March 6, 2007. Before the Court's filing of the Calendar Call and Trial Notice on January 30, 2007, all parties had agreed to mediate this case on March 8, 2007. I have enclosed a copy of correspondence from the mediator, James J. McGair, Esquire, confirming counsel's previous agreement to the available date of March 8, 2007. Defense counsel have arranged to have their adjusters present with authority to settle this case, and Plaintiff Nancy Noonan has booked her flight from Florida for that date. In light of the fact that the mediation date is subsequent to the Court dates, we respectfully request the Court's instruction as to how to proceed accordingly. If the Court requires we appear for a conference to discuss this matter, we will do so. Thank you for your kind attention to this matter.

Very truly yours,

Enclosure

Paul E. Phillips, Esq. ________

Mark P. Dolan, Esq. Mark P. Dolan/PEP

David E. Maglio, Esq. David Maglio/PEP

Frank C. Corso, Esq. Frank Corso/PEP

91 Friendship Street, Fourth Floor • Providence, Rhode Island 02903
tel 401•453•5900 fax 401•453•5903