UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GORDON NOONAN and
NANCY NOONAN,
Plaintiffs

v. C. A. No. 05-150S

NEW WHARF TAVERN, INC.,
Defendant

DISMISSAL STIPULATION

In the above-captioned matter, pursuant to Federal Rules of Civil Procedure 41(1), the parties hereby agree and stipulate that Plaintiffs' action against the Defendant is hereby dismissed with prejudice, no interest, no costs.

/s/ Paul E. Phillips

Paul E. Phillips, Esquire (#5094)
Attorney for the Plaintiffs
PHILLIPS & D'ALOISIO
91 Friendship Street, Fourth Floor
Providence, Rhode Island 02903
(401) 453-5900
(401) 453-5903 fax

/s/ Mark P. Dolan

Mark P. Dolan, Esquire (#3280)
Attorney for the Defendant
RICE DOLAN & KERSHAW
170 Westminster Street, Suite 900
Providence, Rhode Island 02903
(401) 272-8800
(401) 421-7218

/s/ Frank C. Corso

Frank C. Corso, Esquire
Attorney for the Plaintiffs
Massachusetts BBO No. 545552
15 Court Square, Suite 240
Boston, Massachusetts 02108
(617) 227-0011
(617) 723-2032 facsimile
*Admitted pro hac vice*

/s/ David E. Maglio

David E. Maglio, Esquire (#3459)
Attorney for the Defendant
101 Dyer Street, Second Floor
Providence, RI 02903
(401) 831-5400
(401) 831-7979

CERTIFICATION

I, the undersigned, hereby certify that I forwarded a copy of this document via electronic filing on this 20th day of March, 2007 to:

Mark P. Dolan, Esquire
RICE DOLAN & KERSHAW
170 Westminster Street, Suite 900
Providence, Rhode Island 02903

David E. Maglio, Esquire
101 Dyer Street, Second Floor
Providence, RI 02903

/s/Paul E. Phillips, Esq. (5094)